United States District Court

Eastern District of Louisiana

Pineda

v.                                              CIVIL ACTION NO. 2:00-cv-00068

Murphy Explor & Prod                                              J(1)

    The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

    Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

    (1) A list of all parties still remaining in this action;

    (2) Copies of all pleadings, including answers, filed by those parties in state court; and

    (3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 11, 2000.

By Direction of the Court

LORETTA G. WHYTE, CLERK



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN -7 P 4: 27

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARIO PINEDA** | CIVIL ACTION NO. **00-0068** |
| **VERSUS** | SECTION **SECT. J MAG. 1** |
| **MURPHY EXPLORATION & PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY** | MAG. |

## NOTICE OF REMOVAL

1.

On December 21, 1999 Murphy Exploration and Production Company was served with a Citation and Petition for Damages, a copy of which is attached hereto and marked for identification as Exhibit "A", in an action entitled "Dario Pineda versus Murphy Exploration & Production Company, Dynamic Industries, Inc., M/V White Dove, ABC Insurance Company, DEF Insurance Company And XYZ

1

Fee _150.00_
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc.No. _____

Insurance Company," Civil Action No. 99-19780 on the docket of the Civil District Court for the Parish of Orleans, State of Louisiana, the Petition for Damages having been filed with that Court on December 8, 1999. Exhibit "A" constitutes all of the process, pleadings and orders served upon Murphy Exploration & Production Company.

2.

At all times pertinent, defendant, Murphy Exploration & Production Company, was a corporation organized under and existing by virtue of the laws of the State of Delaware with its principal office and place of business in El Dorado, Arkansas, was authorized to do and doing business in the State of Louisiana, and was on December 9, 1997 and is now one of the owners of and was the operator of Platform D, located in Block 224, Ship Shoal area, on the Outer Continental Shelf of the Gulf of Mexico, where plaintiff alleges in his Petition for Damages he sustained his accident and injuries.

3.

The civil action alleges in part the negligence of the crane operator on Platform D, who was employed by Murphy Exploration & Production Company on the platform in question. The Petition for Damages alleges that plaintiff, Dario

Pineda, was injured when the personnel basket of the crane was improperly operated.

4.

Plaintiff's Petition for Damages alleges that on or about December 9, 1997 he was employed by Dynamic Industries, Inc. as a rigger on Platform D, Block 224, Ship Shoal area, on the Outer Continental shelf of the Gulf of Mexico. He alleges in his Petition that defendant, Murphy Exploration & Production Company, owned, operated and controlled Platform D. He alleges his employer, Dynamic Industries, Inc. supplied riggers, including himself, to perform a job on Platform D and that on December 9, 1997 he was assigned to work on Platform D. Defendant herein admits that Platform D was a structure designed to serve, and was serving, as a fixed production platform which has been on location at its present site for many years. Plaintiff, therefore, fraudulently or mistakenly alleges he was at all times pertinent a Jones Act seaman. Defendant denies plaintiff was a seaman or was assigned as a member of a crew of any vessel owned or operated by defendant or any other named defendant. Defendant avers that if plaintiff has any action against it, that action lies under the Outer Continental Shelf Lands Act, 43 U.S.C. Section 1331 *et seq*.

3

5.

The above-described is a civil action of which this Honorable Court has original jurisdiction under the provisions of the Outer Continental Shelf Land Act, 43 U.S.C. Section 1331 *et seq.* and is one which may be removed to this Honorable Court by the defendant pursuant to the provisions of 28 U.S.C. Section 1441, *et seq.* in that it is a civil action arising under the statutory laws of the United States, 28 U.S.C. Section 1331.

6.

Upon information and belief, neither the owners nor operators of the M/V WHITE DOVE, or Dynamic Industries, Inc., or ABC Insurance Company, or DEF Insurance Company, or XYZ Insurance Company have been served with the Petition for Damages filed in the state court proceedings and are thus not currrently parties to this litigation.

WHEREFORE, defendant, Murphy Exploration & Production Company, prays that the above-described civil action now pending in the Civil District Court for the Parish of Orleans, State of Louisiana, be removed therefrom to the United States District Court for the Eastern District of Louisiana and this action thereafter

proceed in this Honorable Court. Defendant's undersigned counsel signs this Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure.

                                                    _____
                                                    James H. Daigle, T.A. (#4465)
                                                    Kenneth M. Klemm (#22097)
                                                    LEMLE & KELLEHER, L.L.P.
                                                    2100 Pan-American Life Center
                                                    601 Poydras Street
                                                    New Orleans, LA 70130-6097
                                                    Telephone: (504) 586-1241
                                                    Fax: (504) 584-9142

                                                    Attorney for Defendant, Murphy Exploration & Production Company