U.S. DISTRICT COU
Eastern District of Lou
FILED MAY 5 2
2000
LORETTA G. WHY
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CALL DOCKET                                                                       CALL DOCKET

The following cases will be called on **Wednesday, JULY 19, 2000 at 9:00 a.m.**, before Judge Carl J. Barbier. Failure of plaintiff's counsel to report the status thereof, or in the absence of good cause shown why the case should remain on the docket, it will be **DISMISSED**.

00-68 J(1)

1. C.A. 99-2611    **UNITED STATES OF AMERICA VS MAERSK LINE INC, ET AL**
   No answer by Maersk Line Inc.

2. C.A. 99-2694    **ABDULMALIK J. MUHAMMAD VS THE STATE OF LOUISIANA**
   No answers by M. Cooney, J. Beckmeyer, Gene Fouts, T. Peire in C.A. 99-2694, or State of Louisiana, M. Foster, R. Ieyoub, M. Hunley, City of New Orleans, M. Morial, R. Pennington, M. Cooney, J. Beckmeyer, S. Cottrell, E. Cavaliere, or Lisa Marie in C.A. 99-3742.

3. C.A. 99-3250    **GLENCORE LTD. VS M/V JOHN R, ET AL**
   c/w 99-3251    No answers by Mayqueen Shipping or Transmed Shipping Co.

4. C.A. 99-3464    **ALLIED DEALS, INC. VS M/V SHAWNEE PRINCESS, ET AL**
   No answers by Rickmers-Linie or Stevedores, Inc.

5. C.A. 99-3587    **CHILSAN MERCHANT MARINE CO, VS M/V K FORTUNE, ET AL**
   No answers by SK Shipping Co, Cosco Bulk Shipping or Vadel S.A.

6. C.A. 99-3755    **THOMAS PARKER VS JODY FRUCHTNICHT, ET AL**
   No answer by Jody Fruchtnicht.

7. C.A. 99-3791    **MARVIN J. ANTILL, ET AL VS DENBURY MANAGEMENT INC, ET AL**
   No answer by Pennzenergy Exploration & Production, L.L.C.

8. C.A. 99-3884    **ALEXANDRA B. INC. VS LOUISIANA TOWING INC, ET AL**
   No answers by Louisiana Towing Inc or Vulcan Materials, Co.

9. C.A. 00-0068    **DARIO PINEDA VS MURPHY EXPLORATION & PRODUCTION CO, ET AL**

ISSUED FOR THE COURT:

*Eileen Stensrud*

**Eileen Stensrud, Courtroom Deputy Section "J"**

Fee____
Process___
X_____
_____