UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN -8 P 2:29

LORETTA G. [...]

| | | |
|---|---|---|
| DARIO PINEDA | * | CIVIL ACTION NO.: 00-0068 |
| | * | |
| VERSUS | * | |
| | * | |
| MURPHY EXPLORATION & | * | SECTION "J" |
| PRODUCTION COMPANY, DYNAMIC | * | |
| INDUSTRIES, INC., M/V WHITE DOVE, | * | |
| ABC INSURANCE COMPANY, DEF | * | |
| INSURANCE COMPANY and XYZ | * | MAGISTRATE 1 |
| INSURANCE COMPANY | * | |

**************************************************************

## MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Dario Pineda, who pursuant to Federal Rule of Civil Procedure 15 (a), submits this Motion and Incorporated Memorandum For Leave to File his First Supplemental and Amending Complaint, for the following reasons, to-wit:

1.

On or about December 9, 1997, Plaintiff, Dario Pineda, an employee of Defendant, Dynamic Industries, Inc., was being transported to work by the M/V WHITE DOVE, to a platform, owned by Defendant, Murphy Exploration & Production Company. Plaintiff was injured when the personnel basket being used to lift Plaintiff to said platform swung into equipment on the back deck of the M/V WHITE DOVE, causing Plaintiff to fall onto the deck of the M/V WHITE DOVE and subsequently having the personnel basket land on Plaintiff's body, resulting in the injuries alleged in Plaintiff's Complaint.

DATE OF ENTRY
JUN 1 3 2000

Fee____
Process____
Dktd____
CtRmDep____
Doc.No.____

2.

Plaintiff, Dario Pineda, filed suit in Civil District Court for the Parish of Orleans, on December 8, 1999. On January 7, 2000, Defendant, Murphy Exploration & Production Company, filed a Notice of Removal, bringing this matter before this Honorable Court.

3.

At the time Plaintiff, Dario Pineda, filed his original lawsuit, he was unaware of the owner(s) and/or operator(s) of the M/V WHITE DOVE. As such, Plaintiff, Dario Pineda, only named said motor vessel.

4.

Plaintiff, Dario Pineda, has recently become informed of the owner(s) and/or operator(s) of the M/V WHITE DOVE and respectfully moves this Honorable Court to allow for the supplementing and amending of his original complaint to include said owner(s) and/or operator(s), and the claims alleged against same.

5.

Plaintiff, Dario Pineda, has obtained written consent from Defendants, Murphy Exploration & Production Company and Dynamic Industries, Inc., for said amendment pursuant to Federal Rule of Civil Procedure 15 (a). *(See Written Consent, attached hereto as Ex. "A")*.

**WHEREFORE,** Plaintiff, Dario Pineda, for the reasons more fully set forth hereinabove, respectfully requests that this Honorable Court grant his Motion for Leave to File the attached First Supplemental and Amending Complaint.

Respectfully submitted,

**COLLINS~KLOTZ LAW FIRM**

_____
**W. PATRICK KLOTZ (#17877)**
530 Natchez Street, Suite 250
New Orleans, Louisiana 70130
Telephone:   (504)   522-5678
Telefax:     (504)   527-0092
Attorney for Plaintiff,
Dario Pineda

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a copy of the above and foregoing has been served upon all counsel of record via United States Mail, First Class, postage pre-paid or by Hand Delivery or via telefax, this ____ day of __June__, 2000.

_____
**W. PATRICK KLOTZ**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DARIO PINEDA | * | CIVIL ACTION NO.: 00-0068 |
| | * | |
| VERSUS | * | |
| | * | |
| MURPHY EXPLORATION & | * | SECTION "J" |
| PRODUCTION COMPANY, DYNAMIC | * | |
| INDUSTRIES, INC., M/V WHITE DOVE, | * | |
| ABC INSURANCE COMPANY, DEF | * | |
| INSURANCE COMPANY and XYZ | * | MAGISTRATE 1 |
| INSURANCE COMPANY | * | |

*******************************************************************

## ORDER

IT IS HEREBY ORDERED that Plaintiff, Dario Pineda's Motion and Incorporated Memorandum for Leave to File First Supplemental and Amending Complaint is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff, Dario Pineda's First Supplemental and Amending Complaint, attached hereto, is accepted into the record of this matter.

NEW ORLEANS, LOUISIANA, _12th_ day _June_, 2000.

_____
JUDGE