MINUTE ENTRY
JULY 19, 2000
BARBIER, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CALL DOCKET**             **CALL DOCKET**

The following cases were called this day to show cause why they should not be DISMISSED:

After hearing, **IT IS ORDERED** that the said cases be disposed of as indicated below:

---

1. 99-2694c/w 99-3742  ABDULMALIK J. MUHAMMAD VS THE STATE OF LOUISIANA

**IT IS ORDERED** that defendants, Gene Fouts and T. Peire in C.A. 99-2694 and State of Louisiana in C.A. 99-3742 be dismissed. **IT IS FURTHER ORDERED** that plaintiff file defaults as to defendants, M. Foster, R. Ieyoub, and M. Hunley in C.A. 99-3742, and a default judgment as to Lisa Marie, in both cases, within 30 days, or those defendants will be dismissed.

ATTORNEY: No appearance by counsel

---

2. C.A. 99-3884  ALEXANDRA B. INC. VS LOUISIANA TOWING INC, ET AL

**IT IS ORDERED** that this case be dismissed.

ATTORNEY: No appearance by counsel

---

3. C.A. 00-0068  DARIO PINEDA VS MURPHY EXPLORATION & PRODUCTION CO, ET AL

**IT IS ORDERED** that this matter be passed 30 days.

ATTORNEY: William P. Klotz, Jr., Esq. for plaintiff

---

4. C.A. 99-2571  RONALD F. FINCHER VS ALPHA BETA INVESTMENT CO, LTD.

**IT IS ORDERED** that this case be dismissed.

ATTORNEY: No appearance by counsel

---

5. C.A. 99-2526 SONIA REYNOLDS, ETC. VS SGSM ACQUISITION CO, LLC, ET AL

On plaintiff's motion, **IT IS ORDERED** that Schwegmann Giant Super Market Inc. and Canal-Villere Stores be dismissed and that this matter be placed on the trial docket.

ATTORNEY: Brian Beckwith, Esq., for plaintiff

DATE OF ENTRY
JUL 2 8 2000

### 6.  C.A. 99-89  OTTO CANDIES INC VS HOUSTON SEAPACKING CO,

**IT IS ORDERED** that the plaintiff submit an **original** affidavit for attachment to the default judgment, filed with the court on July 18, 2000.

ATTORNEYS: Rufus Harris III, Esq., for plaintiff

### 7.  C.A. 97-1870  LENDAR DENT VS JIVE RECORDS, ET AL

**IT IS ORDERED** that this case be RE-OPENED, and that plaintiff properly serve Michael Tyler - Mystical within 15 days or this case will be dismissed.

ATTORNEY: Leonard Crooks, Esq., for plaintiffs
   John Meese, Esq. ,for Zomba Recording Corp. & Zomba Enterprises, Inc.


Dated at New Orleans, LA., this __27th__ day of July, 2000.

CARL J. BARBIER
U.S. DISTRICT JUDGE