FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 24 PM 1:06

AUG 24 2000

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION NO. 00-0068 |
| VERSUS | 00-68 |
| MURPHY EXPLORATION & PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | SECTION "J"  MAGISTRATE 1 |

## MOTION AND ORDER OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **DARIO PINEDA,** who suggests to this Honorable Court that all issues in connection with the above captioned matter with respect to the Plaintiff, **DARIO PINEDA** and Defendant, **DYNAMIC INDUSTRIES, INC.,** have been settled and compromised in full and that the parties desire for the Court to enter an Order of Dismissal, with prejudice, with each party to be responsible for its court costs, and, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that **DARIO PINEDA's** claims against Defendant, **DYNAMIC INDUSTRIES, INC.,** in this matter are hereby dismissed with full prejudice and with each party to be responsible for its court costs. Plaintiff, **DARIO PINEDA,** reserves all rights against parties not dismissed herein.

New Orleans, Louisiana, this _____ day of _____, 2000.

DATE OF ENTRY
AUG 29 2000

_____
JUDGE – U.S.D.C., EASTERN DISTRICT OF LA

Doc. No. 15

RESPECTFULLY SUBMITTED BY:


_____
**W. PATRICK KLOTZ**
530 Natchez Street
Suite 250
New Orleans, LA 70130
*(Counsel for the Plaintiff, Dario Pineda)*