UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION NO: 00-0068 |
| VERSUS | SECTION J |
| MURPHY EXPLORATION & PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY AND XYZ INSURANCE COMPANY | MAGISTRATE 1 |

## MOTION FOR LEAVE TO INTERVENE

Eagle Pacific Insurance Company hereby requests leave to intervene in this action in order to recover workers' compensation benefits paid to and on behalf of plaintiff, Dario Pineda. The claim directly relates to the subject of the principal action and shares common questions of law and fact with the principal action. For those reasons, leave should be granted to file the attached complaint of intervention, pursuant to the Federal Rules of Civil Procedures and the rules of this Court.

Respectfully submitted:

DATE OF ENTRY

SEP - 7 2000

HENRY H. LEBAS, T.A.   #23185
JEFF R. RYTLEWSKI   #25231
100 E. Vermilion St., Ste. 201
Lafayette, LA 70501
Phone: (337) 291-2500
Fax:   (337) 291-2505
Attorney for Intervenor, Eagle
Pacific Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION NO: 00-0068 |
| VERSUS | SECTION J |
| MURPHY EXPLORATION & PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY AND XYZ INSURANCE COMPANY | MAGISTRATE 1 |

### O R D E R

Considering the foregoing Motion for Leave;

IT IS ORDERED that Eagle Pacific Insurance Company be permitted to file this Complaint of Intervention into the record and that the complaint be duly served upon defendants-in-intervention unless such service is waived.

THUS DONE AND SIGNED at New Orleans Louisiana, this 6th day of August, 2000.

DISTRICT JUDGE

Respectfully submitted:

HENRY H. LEBAS, T.A.   #23185
JEFF R. RYTLEWSKI       #25231
100 E. Vermilion St., Ste. 201
Lafayette, LA 70501
Phone: (337) 291-2500
Fax:    (337) 291-2505
Attorney for Intervenor, Eagle Pacific Insurance Company