FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 22  AM 8: 29

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**SEPTEMBER 21, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| versus | NUMBER 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY, ET AL. | SECTION "J" (1) |

A settlement conference is scheduled in the above-captioned case on Tuesday, July 17, 2001 at 9:00 A.M. before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

On or before **July 13, 2001**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994.** All counsel are to have access to someone with **full settlement authority.**

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
SEP 2 2 2000

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc.No. 21