UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION NO. 00-0068 |
| VERSUS | |
| MURPHY EXPLORATION & PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | SECTION "J"<br><br>MAGISTRATE 1 |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 JUL -2 AM 9: 46
LORETTA G. WHYTE
CLERK

## DYNAMIC'S MAY CALL WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes **DYNAMIC INDUSTRIES, INC. ("Dynamic")**, who lists the following witnesses who may be called to testify in a trial of this matter:

1. Plaintiff, Dario Pineda;
2. Captain Thomas Gougenhour;
3. Captain Hoyt Plumley;
4. James Ford Jr.;
5. Jeffrey Young;
6. Alan S. Silva;
7. Deric Dubois, Sr.;
8. Chris Rogers;
9. Joe Fowler;
10. Raymond Sweat;

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No.____

11. Phillip Koury

12. Tim Clay

13. Representatives of Murphy Exploration & Production Co.;

14. Representatives of B&J Martin;

15. Representatives of Dynamic Industries, Inc.;

16. Any and all physicians who have ever treated plaintiff;

17. Representatives of plaintiff's employers;

18. Any and all experts retained by any party in this matter;

19. Any person determined through discovery to be present on the job site at time of alleged accident;

20. Impeachment and rebuttal witnesses;

21. Any person necessary to authenticate an exhibit at trial;

22. Any person listed or called by any other party;

23. Defendant specifically reserves its right to supplement this list.

RESPECTFULLY SUBMITTED:

CRAWFORD & LEWIS
Bank One - North Tower
450 Laurel Street, Suite 1600
Post Office Box 3656
Baton Rouge, LA 70821-3656
Telephone: (225) 343-5290

_____
JAMES C. DONOHUE (#18869)
MARTI OGDEN (#25201)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been mailed, postage prepaid, to all counsel of record this 29th day of June, 2001.

_____
MARTI OGDEN

G:\UNIC\1936.057\Pleadings\WitnessList.doc