FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL -2 PM 4:03

LORETTA G. WHYTE
CLERK

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION NO. 00-0068 |
| VERSUS | |
| MURPHY EXPLORATION & PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | SECTION "J"<br><br>MAGISTRATE 1 |

### PLAINTIFF'S MAY CALL WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes **DARIO PINEDA,** plaintiff herein, who lists the following witnesses who may be called to testify at the trial of this matter:

1. Plaintiff, Dario Pineda;

2. Captain Thomas Gougenhour;

3. Captain Hoyt Plumley;

4. James Ford Jr.;

5. Jeffrey Young;

6. Alan S. Silva;

7. Deric Dubois, Sr;

8. Chris Rogers;



9. Joe Fowler;

10. Raymond Sweat;

11. Phillip Koury;

12. Tim Clay;

13. Representatives of Murphy Exploration & Production Co;

14. Representatives of B&J Martin;

15. Representatives of Dynamic Industries, Inc;

16. Any and all physicians who have treated plaintiff;

17. Shael Wolfson, Thomas Dalton, or a representative of Forensic Economics;

18. Any and all experts retained by any party to this lawsuit;

19. Any person determined through discovery to be present on the job site at time of alleged accident;

20. Any and all Impeachment and rebuttal witnesses;

21. Any person necessary to authenticate an exhibit at trial;

22. Any person listed or called by any other party.

RESPECTFULLY SUBMITTED:

COLLINS KLOTZ, L.L.P.

_____
W. PATRICK KLOTZ (#17877)
530 Natchez Street, Suite 250
New Orleans, Louisiana 70130
Telephone:   (504) 522-5678
Telefax:     (504) 527-0092
Attorney for Plaintiff, Dario Pineda

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a copy of the above and foregoing has been served on all counsel of record in this proceeding via United States mail, properly addressed and First Class postage pre-paid or by Facsimile on this 2nd day of July, 2001.

_____
W. PATRICK KLOTZ