FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL -2 PM 4:03

LORETTA G. WHYTE
CLERK

## UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARIO PINEDA** | **CIVIL ACTION NO. 00-0068** |
| **VERSUS** | |
| **MURPHY EXPLORATION & PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY** | **SECTION "J"**<br><br>**MAGISTRATE 1** |

## PLAINTIFF'S PRELIMINARY EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes **DARIO PINEDA,** plaintiff herein, who lists the following exhibits which may be used in the trial of this matter:

1. Any and all contracts between any and all parties to this lawsuit which were in effect at the time of the alleged accident;

2. Any and all relevant insurance policies of any and all parties to this lawsuit which were in effect at the time of the alleged accident;

3. Any and all logs maintained by any of the parties to this lawsuit;

4. Any and all relevant time tickets, invoices, work orders, etc maintained by any and all parties to this lawsuit;

5. Any and all depositions, including all attachments;

6. Any and all safety documentation, including, but not limited to, manuals, instructions, safety meeting minutes, policies, procedures, and videotapes;

7. Any and all relevant accident/incident and/or injury reports;

8. Personnel records of the plaintiff;

9. Income tax returns of plaintiff;

10. Plaintiff's education records;

11. Any and all relevant documents pertaining to investigation of the alleged accident;

12. Any and all relevant documents pertaining to the worker's compensation claims of plaintiff;

13. Any and all relevant charts, maps, drawings, sketches, diagrams, models or other graphic representations pertaining to the alleged accident;

14. Any and all photographs taken in connection with this matter;

15. Any and all medical records of each physician, therapist, and/or health care provider who treated plaintiff at any point after the accident;

16. Any and all relevant hospital records reflecting hospitalization of plaintiff after the accident;

17. Any and all medical bills pertaining to the treatment of the plaintiff;

18. Any exhibit attached to, referred to and/or discussed in any deposition;

19. Any and all pleadings and discovery pleadings, including responses;

20. Any and all impeachment and/or rebuttal evidence;

21. Any treatises, regulations, rules, standards and/or other data or information relied upon by any expert in this case;

22. Any and all exhibits or documents listed by any other party to this lawsuit.

RESPECTFULLY SUBMITTED:

**COLLINS KLOTZ, L.L.P.**

_____
W. PATRICK KLOTZ (#17877)
530 Natchez Street, Suite 250
New Orleans, Louisiana 70130
Telephone:   (504)522-5678
Telefax:        (504)527-0092
Attorney for Plaintiff, Dario Pineda

**CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that a copy of the above and foregoing has been served on all counsel of record in this proceeding via United States mail, properly addressed, First Class, Postage prepaid or by Facsimile on this 2ND day of July, 2001.

_____
W. PATRICK KLOTZ