FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL -3 PM 3:53

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| v. | No. 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY ET AL | SECTION "J"(1) |

## WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes B&J Martin, Inc., who lists the following witnesses who may be called to testify and exhibits which may be introduced at trial of this matter:

1. Dario Pineda, fact witness

2. Captain Thomas Gougenhour, B&J Martin, Inc., fact witness

3. Captain Hoyt Plumley, B&J Martin, Inc., fact witness

4. Archie W. Coulon, Murphy Exploration & Production Co., fact witness

5. Phillip Koury, Murphy Exploration & Production Co., fact witness

6. Derek Dubois, Dynamic Industries, Inc., fact witness

N0691725.1

7. Allan Silva, Dynamic Industries, Inc., fact witness

8. Chris Rogers, Dynamic Industries, Inc., fact witness

9. Joe Fowler, Dynamic Industries, Inc., fact witness

10. Jimmie Martin, B&J Martin, Inc., fact witness

11. Representative of Murphy Exploration & Production Co., fact witness

12. Representative of Basic Industries, Inc., fact witness

13. Representative of Illumelex Corporation, fact witness

14. Kenneth J. Boudreaux, expert economist

15. Dr. Robert Steiner, expert witness

16. Dr. Charles Anastasia, medical witness

17. Dr. Raul Diaz, medical witness

18. Dr. Allen Johnston, medical witness

19. Dr. William Armington, medical witness

20. Dr. Mortesa Chamsnia, medical witness

21. Representative of Eagle Pacific Insurance Company, fact witness

22. Custodian of Records for each of Plaintiff's previous employers

23. Any person listed or called by any other party

24. Impeachment and rebuttal witnesses

25. Any and all experts retained by any party in this matter

26. B&J Martin reserves its right to supplement this list as discovery continues.

## EXHIBIT LIST

1. Murphy Exploration & Production Company Accident/Illness Report dated 12/9/97

2. Murphy Exploration & Production Company Daily Log for 12/9/97

3. B&J Martin, Inc. Daily Master Logs 12/6/97 through 12/10/97

4. B&J Martin Crew Statement for work period 12/3/97 - 12/10/97

5. November 5, 1997 Time Charter of M/V WHITE DOVE

6. July 17, 1997 Time Charter of M/V WHITE DOVE

7. Murphy Exploration & Production Company Master Service Contract dated July 31, 1992

8. Social Security Administration Earnings Records of Dario Pineda

9. Murphy Expro Ship Shoal 224 Summary of Operations dated 12/9/97

10. Murphy Exploration & Production Company Voucher and Boat Logs

11. Murphy Exploration & Production Company Progress Report for 12/9/97

12. Photographs of M/V WHITE DOVE

13. B&J Martin, Inc. Safety Meeting reports for M/V WHITE DOVE

14. B&J Martin, Inc. Safety & Duty Manual

15. M/V WHITE DOVE Spec sheet

16. Medical records from plaintiff's treating physicians

17. Medical records of Dr. Robert A. Steiner

18. Income tax returns of Dario A. Pineda

19. Eagle Pacific Insurance Worker's Compensation file

20. Any and all contracts between parties to this lawsuit in effect at the time of the alleged accident

21. Murphy Exploration & Production Safety Manual

22. Dynamic Industries personnel records of Dario A. Pineda

23. Basic Industries, Inc. personnel and wage earning records

24. Illumelex Corp. personnel and wage earning records

25. API Recommended Practice for Crane Operators

26. Any and all documents produced in response to discovery by any party

27. Surveillance and/or impeachment evidence.

_____
JEFFERSON R. TILLERY #17831
L. ETIENNE BALART #24951
JONES, WALKER, WAECHTER, POITEVENT,
    CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue - 48th Flr
New Orleans, Louisiana 70170-5100
Tel: 504-582-8584
Fax: 504-582-8010
Attorneys for B&J Martin, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by hand, fax or by depositing same in the U. S. mail, postage prepaid and properly addressed this 3rd day of July 2001.

_____