FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL -6 PM 3: 54
JUL - 6 2001
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARIO PINEDA** | **CIVIL ACTION** <br> **NO. 00-0068** |
| **VERSUS** | **SECTION J** |
| **MURPHY EXPLORATION &** <br> **PRODUCTION COMPANY,** <br> **DYNAMIC INDUSTRIES, INC.,** <br> **M/V WHITE DOVE,** <br> **ABC INSURANCE COMPANY,** <br> **DEF INSURANCE COMPANY and** <br> **XYZ INSURANCE COMPANY** | **MAG. 1** |

## LIST OF EXHIBITS

**NOW COMES** Murphy Exploration & Production Company, defendant and cross-claimant, and submits the following list of exhibits it may use at the trial of this matter:

1. Plaintiff's employment records with Dynamic Industries, Inc. and prior and subsequent employers.

2. Plaintiff's records with East Jefferson Vo-tech, on Airline Highway, Metairie, Louisiana, which he received training in building maintenance, as a diesel mechanic and as a welder.

3. Dynamic Industries, Inc. Accident Report dated January 19, 1998.

4. Photographs and video film of the *M/V WHITE DOVE*.

5. Boat logs of *M/V WHITE DOVE* for 12/9/97.

6. B&J Martin/*WHITE DOVE* Daily Master's log for 12/9/97.

Fee _____
Process ____
X Dktd ____
CtRmDep ___
Doc.No. 36

7. Specifications of *M/V WHITE DOVE*.

8. B&J Martin Safety Meeting Report 7/6/97 – 12/27/97.

9. B&J Martin Safety Manual.

10. Murphy Exploration & Production Company Accident Report dated 12/9/97.

11. Murphy Exploration & Production Company Summary of Operations for Ship Shoal 224-A for 12/8/97 – 12/12/97.

12. Murphy Exploration & Production Company Progress Reports for Ship Shoal 224 from 11/24/97 – 12/31/97.

13. Record of plaintiff's LHWCA Claim and Settlement.

14. Employer's First Report of Injury or Occupational Illness, Form LS-202 dated 1/20/98 filed by Dynamic Industries, Inc.

15. Dario Pineda's Federal Tax Return.

16. Dario Pineda's Social Security earnings records.

17. Time Charter dated November 5, 1997.

18. Master Service Agreement of Murphy Exploration & Production Company and B&J Martin, Inc. dated July 31, 1992 executed by Gail M. Martin of B&J Martin, Inc.

19. Plaintiff's Answers to Interrogatories propounded by Murphy Exploration & Production Company showing all of plaintiff's employers from 1990-1997.

20. Certificate of Inspection from the United States Coast Guard regarding the *M/V WHITE DOVE* dated February 5, 1997.

21. Certificate of Documentation from the United States Coast Guard regarding the *M/V WHITE DOVE* dated February 3, 2000.

22. Personnel file of Thomas D. Goughehour from employer, B&J Martin, Inc.

23. Report of Marine Accident, Injury or Death from the United States Coast Guard regarding the *M/V WHITE DOVE,* date of accident 9/9/98.

24. Report of Marine Accident, Injury or Death from the United States Coast Guard regarding the *M/V WHITE DOVE* dated 1/7/99.

25. Articles of Incorporation of B&J Martin, Inc. dated November 10, 1967.

26. Amendments to Articles of Organization of Coast Trawlers, Inc. dated September 9, 1999.

27. Personnel file of Dario Pineda from employer, Basic Industries, Inc.

28. Daily Production Report from Murphy Exploration and Production Company regarding Ship Shoal 224A, dated 12/9/97.

29. Medical records of Dr. Steven L. Holmes in regards to his examination of Dario Pineda on November 18, 1999.

Respectfully submitted,

LEMLE & KELLEHER, L.L.P.

_____
JAMES H. DAIGLE, T.A. (#4455)
KENT B. RYAN (#18418)
BRADLEY J. SCHLOTTERER (#24211)
Pan-American Life Center
601 Poydras Street, 21st Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1241
Facsimile: (504) 584-9142

ATTORNEYS FOR DEFENDANT,
BISSO MARINE COMPANY, INC.

## CERTIFICATE OF SERVICE

**I DO HEREBY** certify that I have served a copy of the foregoing pleading on all counsel of record in these proceedings by United States Mail, postage prepaid, on this the 6th day of July, 2001.

_____
JAMES H. DAIGLE