FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL -6 PM 3: 53

JUL - 6 2001
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARIO PINEDA** | **CIVIL ACTION** |
| | **NO. 00-0068** |
| **VERSUS** | |
| | **SECTION J** |
| **MURPHY EXPLORATION &** | |
| **PRODUCTION COMPANY,** | **MAG. 1** |
| **DYNAMIC INDUSTRIES, INC.,** | |
| **M/V WHITE DOVE,** | |
| **ABC INSURANCE COMPANY,** | |
| **DEF INSURANCE COMPANY and** | |
| **XYZ INSURANCE COMPANY** | |

## LIST OF WITNESSES

**NOW COMES** Murphy Exploration & Production Company, defendant and cross-claimant, and submits the following list of witnesses it may call to testify at the trial of this matter:

1.   Dario Pineda     -     Plaintiff, under cross-examination

2.   Karen Diaz
     Address Unknown

3.   Marianne Lopez
     500 Eisenhower
     Metairie, Louisiana

Fee ___
Process ___
X Dktd ___
CtRmDep ___
Doc.No. 37

4.  Roberto Lopez
    500 Eisenhower
    Metairie, Louisiana

5.  Dario Pineda's Mother
    500 Eisenhower
    Metairie, Louisiana

6.  A representative of Dynamic Industries, Inc. to identify and testify about the Dynamic Industries Accident Report.

7.  Captain Hoyt Plumley

8.  Captain Al Gaughenour

9.  James Ford                     -    Deckhand

10. Jeffrey Young                  -    Deckhand

11. Hector Pazos                   -    Liability Expert
    Naval Architect and
      Marine Surveyor
    Ocean-Oil International Corp.
    724 Sunflower Drive
    Palm Harbor, Florida

12. Dr. Kenneth Boudreaux          -    Expert Economist
    1424 Bordeaux Street
    New Orleans, Louisiana 70115
    or Dan M. Cliffe, C.P.A., or
    J. Stuart Wood, Ph.D.

13. Jimmie B. Martin, Sr.
    18104 West Main Street
    Galliano, Louisiana   70354

14. Tim Clay
    Murphy Supervisor

15. Don Dixon                             -         Crane Operator
    Murphy Exploration &
       Production Company
    P. O. Box 42
    118 Warren Street
    Ferriday, Louisiana   71334

16. Deric Dubois, Sr.
    Dynamic Industries
    2401 Knightway Drive
    Gretna, Louisiana   70056

17. Chris Rogers
    Dynamic Industries
    422 New Haven Street
    Raceland, Louisiana   70394

18. Joe Fowler
    Dynamic Industries
    P. O. Box 813
    Houghton, Louisiana   70137

19. Raymond Sweat
    Dynamic Industries
    501 Zinnia Avenue
    Metairie, Louisiana   70001

20. Alan S. Silva
    Dynamic Industries
    2600 Trinbalier Drive
    Marrero, Louisiana   70072

21. Phillip Koury                    -   Instrument Technician
    Murphy Exploration &
      Production Company
    Alexandria, Louisiana

22. Archie Coulon                    -   Platform Ship Shoal 224 Supervisor
    Murphy Exploration &
      Production Company

23. Dr. Robert Steiner
    3525 Prytania Street
    Suite 501
    New Orleans, Louisiana   70115
    Telephone:  895-0316

24. Dr. Charles Anastasio
    Belle Chasse Medical Services
    7772-A Highway 23
    Belle Chasse, Louisiana   70037

25. Dr. Raul R. Diaz
    315 W. Genie Street
    Chalmette, Louisiana   70043

26. Gary Lo Piccolo                  -   Safety Manager
    Moreno Energy Services
    3508 Curtis Lane
    New Iberia, Louisiana   70562-9406

27. Bryan M. Soulie, P.T.
    Kenner Orthopedic & Sports
       Therapy, Inc.
    Fountain Square Center
    3550 Williams Boulevard
    Kenner, Louisiana   70065
    Telephone:  443-5152

28. Dr. William Armington
    Metairie Imaging
    Elmwood MRI, Ltd.
    3400 Division Street
    Metairie, Louisiana   70002
    Telephone:  454-3600

29. William P. Heimel                    -    Claims Manager
    Murphy Exploration &
       Production Company
    South Robertson Street
    New Orleans, Louisiana

30. Gail M. Martin
    B&J Martin, Inc.
    18104 West Main Street
    Galliano, Louisiana   70354

31. Dr. Steven L. Holmes

32. Ascension Medical Clinic
    1004 West Highway 30
    Gonzales, Louisiana   70737
    Telephone:  (225) 647-6637

Respectfully submitted,

**LEMLE & KELLEHER, L.L.P.**

_____
**JAMES H. DAIGLE, T.A. (#4455)**
**KENT B. RYAN (#18418)**
**BRADLEY J. SCHLOTTERER (#24211)**
Pan-American Life Center
601 Poydras Street, 21st Floor
New Orleans, Louisiana  70130

ATTORNEYS FOR DEFENDANT,
BISSO MARINE COMPANY, INC.

## CERTIFICATE OF SERVICE

**I  DO HEREBY** certify that I have served a copy of the foregoing pleading on all counsel of record in these proceedings by United States Mail, postage prepaid, on this the 6th day of July, 2001.

_____
JAMES H. DAIGLE

6