FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL -6 PM 3:58

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DARIO PINEDA                                            CIVIL ACTION

v.                                                       No. 00-0068

MURPHY EXPLORATION &                                     SECTION "J"(1)
PRODUCTION COMPANY ET AL

## MOTION AND INCORPORATED MEMORANDUM
## FOR LEAVE TO FILE COUNTER-CLAIM

NOW INTO COURT, through undersigned counsel, comes B&J Martin, Inc., defendant in main demand, who moves for an order for leave of court to file the attached counter-claim. Plaintiff, Dario Pineda, instituted this action against B&J Martin through a Supplemental and Amended Complaint filed on June 13, 2000. Prior to the filing of this Supplemental and Amended Complaint, Plaintiff had been deposed by counsel for Murphy Exploration & Production Company, a co-defendant named in the original Petition for Damages. B&J Martin, Inc. eventually was afforded the opportunity to depose Plaintiff on June 4, 2001. At this deposition, Pineda testified under oath regarding his claim for impairment of future earning capacity and future wage earning losses. Specifically, Pineda averred that he has been unable to pursue any gainful employment as a result

N0692098 1

of his December 9, 1997 accident. Undersigned counsel for B&J Martin, Inc. has recently obtained documents which contradict this claim and therefore desires an order from this Court for leave to file a counter-claim alleging fraud and abuse of process. The filing of this Counter-claim will not retard or delay progress of the main demand. In the event that this Motion is opposed, B&J Martin submits that the current trial date should be continued due to this recently-discovered information as B&J Martin should be afforded the opportunity to further develop this fact and defense.

Respectfully submitted,

_____
JEFFERSON R. TILLERY #17831
L. ETIENNE BALART #24951
JONES, WALKER, WAECHTER, POITEVENT,
    CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue - 48th Flr
New Orleans, Louisiana 70170-5100
Tel: 504-582-8584
Fax: 504-582-8010
Attorneys for B&J Martin, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by hand, fax or by depositing same in the U.S. mail, postage prepaid and properly addressed this 6th day of July 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| v. | No. 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY ET AL | SECTION "J"(1) |

TO:  W. Patrick Klotz Esq.　　　　　　　　　Henry H. LeBas Esq.
　　　530 Natchez Street - Suite 250　　　　　Allen & Gooch LLC
　　　New Orleans, LA 70130　　　　　　　　P. O. Box 3768
　　　　　　　　　　　　　　　　　　　　　Lafayette, LA 70502

　　　James C. Donohoe Esq.　　　　　　　　James H. Daigle Esq.
　　　Crawford & Lewis　　　　　　　　　　Lemle & Kelleher
　　　P. O. Box 3656　　　　　　　　　　　601 Poydras Street -- 21st Floor
　　　Baton Rouge, LA 70821-3656　　　　　　New Orleans, LA 70130

**PLEASE TAKE NOTICE** that B&J Martin, Inc. will bring on for hearing the attached Motion to File Counter-Claim before this Honorable Court on Wednesday, August 1, 2001 at 9:00 a.m., or as soon thereafter as may be heard.

N0692098.1

Respectfully submitted,

_____
JEFFERSON R. TILLERY #17831
L. ETIENNE BALART #24951
JONES, WALKER, WAECHTER, POITEVENT,
    CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue - 48th Flr
New Orleans, Louisiana 70170-5100
Tel: 504-582-8584
Fax: 504-582-8010
Attorneys for B&J Martin, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by hand, fax or by depositing same in the U. S. mail, postage prepaid and properly addressed this 6th day of July 2001.

_____

N0692098.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| v. | No. 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY ET AL | SECTION "J"(1) |

### COUNTER-CLAIM

NOW INTO COURT, through undersigned counsel, comes B&J Martin, Inc. who for purposes of filing a counter-claim against Dario A. Pineda, upon information and belief, avers as follows:

I.

This counter-claim needs no independent basis of jurisdiction pursuant to 28 U.S.C. § 1367, as the allegations form part of the same case or controversy under Article III of the United States Constitution.

N0692098.1


___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep____
Doc.No._____

II.

Plaintiff, Dario A. Pineda, has sued B&J Martin, Inc., and others alleging that on or about December 9, 1997 while he was aboard the M/V WHITE DOVE as an employee of Dynamic Industries, Inc. he sustained injuries that are more fully set forth in his original Petition and First Supplemental and Amending Complaint filed into this record. Plaintiff has set forth claims under both the Jones Act and general maritime law.

III.

B&J Martin, Inc. filed responsive pleadings denying any and all liability to Plaintiff.

IV.

In his Petition and Complaint, Plaintiff avers that he suffered a severe and disabling injury as a result of the December 9, 1997 accident. He claims damages, including "serious and permanently disabling injuries to his mind and body" resulting in loss of past, present and future wages and loss of future earning capacity, among other items.

V.

On June 4, 2001, the deposition testimony of Dario A. Pineda was taken by B&J Martin, Inc. and attorneys representing co-defendant Murphy Exploration & Production Inc. and third-party defendant Dynamic Industries, Inc., wherein Dario Pineda gave perjurious and misrepresenting testimony concerning the nature and extent of his alleged injuries and medical condition, including making false and misleading statements concerning the causation of his injuries and the extent of those injuries.

VI.

Dario Pineda has wilfully concealed employment which he has performed since the date of his alleged December 4, 1997 accident in an effort to fraudulently enhance his claims of permanent injury.

VII.

Specific evidence obtained through investigation and discovery shows that Dario A. Pineda suffered no injuries which are the subject of his current complaints and that Dario A. Pineda has lied under oath in an effort to bolster his fraudulent claims for impairment of future earning capacity and future lost wages.

VIII.

Investigation and discovery performed by B&J Martin, Inc. has revealed that Dario Pineda has been gainfully employed for a significant period of time in the time between his deposition and alleged accident.

IX.

In light of the above fraudulent statements, B&J Martin avers, on information and belief, that Dario A. Pineda suffered no injury while employed by Dynamic Industries, Inc. on December 9, 1997. Accordingly, Dario Pineda's claims against B&J Martin have no basis in fact and constitute a fraud and abuse of process.

X.

Dario A. Pineda's perjurious testimony in his deposition and his false and misleading allegations contained in his Petition and First Supplemental and Amending Complaint and Answers to Interrogatories were used in an attempt to fraudulently seek damages from B&J Martin, Inc.

Accordingly, Dario A. Pineda has engaged in abuse of process and a fraud. Dario A. Pineda was not injured or disabled as the result of any alleged accident while on a B&J Martin vessel.

XI.

Specifically, Dario A. Pineda committed an abuse of process by having an ulterior and vindictive purpose in filing and maintaining his suit for damages against B&J Martine, Inc. and wilfully failing to abide by proper procedures and rules set out by law in the regular conduct of litigation proceedings.

XII.

Accordingly, B&J Martin, Inc. states a cause of action against plaintiff, Dario A. Pineda, for misrepresentation and abuse of process under federal common law and/or Louisiana state law.

XIII.

As a direct result of the aforesaid misrepresentation and abuse of process committed by plaintiff, Dario A. Pineda, in this litigation, defendant B&J Martin, Inc. is entitled to a judgment against Dario A. Pineda for recoupment of all of its attorney's fees, costs and expenses that have been incurred by B&J Martin in defending and litigating against the baseless allegations of Dario A. Pineda.

XIV.

B&J Martin, Inc. pleads for trial by jury on the matters raised in this Counter-claim pursuant to the Seventh Amendment of the United States Constitution and 28 U.S.C. § 1861.

WHEREFORE, defendant, B&J Martin, Inc., prays that plaintiff in main demand and defendant herein, Dario A. Pineda, be duly served with a copy of this Counter-claim and duly cited to appear and answer same and that after all legal delays and all due proceedings had in this matter

that there be judgment herein in favor of defendant, B&J Martin, Inc. and against Dario A. Pineda for the damages sustained by B&J Martin in connection with this matter, as alleged in the aforesaid Counter-claim, the amount of which will be shown at trial, together with interest, costs, expenses, attorney's fees and for such other relief as the justice of the cause may require.

Respectfully submitted,

_____
JEFFERSON R. TILLERY #17831
L. ETIENNE BALART #24951
JONES, WALKER, WAECHTER, POITEVENT,
   CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue - 48th Flr
New Orleans, Louisiana 70170-5100
Tel: 504-582-8584
Fax: 504-582-8010
Attorneys for B&J Martin, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by hand, fax or by depositing same in the U.S. mail, postage prepaid and properly addressed this 6th day of July 2001.

_____