Case 2:00-cv-00068-CJB  Document 39  Filed 07/09/2001  Page 1 of 2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION NO: 00-0068 |
|  | 00-68 |
| VERSUS | SECTION J |
|  |  |
| MURPHY EXPLORATION & PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY AND XYZ INSURANCE COMPANY | MAGISTRATE 1 |

## INTERVENOR'S WITNESS & EXHIBIT LIST

Eagle Pacific Insurance submits the following witness and exhibit list in support of its claim in intervention:

1. **WITNESSES**

    (a) Dario Pineda;

    (b) Derrick Dupont;

    (c) Derrick Dupre;

    (d) Alan Silver;

    (e) The Murphy safety man and crane operator;

    (f) A representative of Eagle Pacific Insurance Company;

    (g) Any and all medical providers who attended plaintiff in connection with this claim;

    (h) A representative of Dynamic Industries;

    (i) Any witness listed by any other party who is not the subject of an objection by intervenor.

2. **EXHIBITS**

    (a) Wage records on plaintiff;



(b) All medical records on plaintiff;

(c) All benefits payment records on plaintiff;

(d) Any exhibit listed by any other party that is not the subject of an objection by intervenor;

(e) Any and all correspondence between any of the parties to the case;

(f) Any and all depositions taken in connection with this case or the compensation proceeding;

(g) Any and all written discovery and discovery responses by any of the parties to this case;

(h) Eagle Insurance policy in favor of Dynamic.

Respectfully submitted:
LAW OFFICES OF HENRY H. LeBAS
(A Professional Law Corporation)

_____
Henry H. LeBas, La. Bar Roll No. 23185
5750 Johnston Street, Suite 5100
The Chevron Building, Fifth Floor
Lafayette Louisiana 70503
Telephone:   337-988-4500
Telefax:       337-988-4546
Counsel for Team Players, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has this day been forwarded to all parties by depositing same in the United States Mail, postage prepaid and properly addressed.

Signed this __6th__ day of __July__ 2001.

_____
HENRY H. LEBAS