FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 11  PM 3:36

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARIO PINEDA** | CIVIL ACTION<br>NO. 00-0068 |
| **VERSUS** | SECTION J |
| **MURPHY EXPLORATION &<br>PRODUCTION COMPANY,<br>DYNAMIC INDUSTRIES, INC.,<br>M/V WHITE DOVE,<br>ABC INSURANCE COMPANY,<br>DEF INSURANCE COMPANY and<br>XYZ INSURANCE COMPANY** | MAG. 1 |

## SUPPLEMENTAL LIST OF WITNESSES

**NOW COMES** Murphy Exploration & Production Company, defendant and cross-claimant, who supplements its List of Witnesses, by adding the following witnesses it may call to testify at the trial of this matter:

1.  Custodian of Medical Records
    Back in Action Center
    Turo Rehabilitation Center
    3450 Chestnut Street
    New Orleans, Louisiana 70115
    Telephone: 897-8157

1



2. Dr. Cesar M. Roca
   Orthopedic Surgery
   133Belle Terre Boulevard
   LaPlace, Louisiana   70068

3. Dr. Cesar M. Roca
   Orthopedic Surgery
   925 Belle Terre Drive
   LaPlace, Louisiana   70068

4. Dr. A. Jay Binder
   Orthopedic Surgery
   133 Belle Terre Boulevard
   LaPlace, Louisiana   70068

5. Dr. Terence C. D'Souza
   St. Jude Medical Office Building
   200 West Esplanade Ave., Suite 610
   Kenner, Louisiana   70065
   Telephone:  464-8612

6. Dr. Michael A. Wilensky
   St. Jude Medical Office Building
   200 West Esplanade
   Suite 610
   Kenner, Louisiana   70065
   Telephone:  464-8612

7. Dr. Thomas G. Puckett
   Puckett Laboratory
   4200 Mamie
   Hattiesburg, Mississippi   39402

8. Diagnostic Imaging Center
   3437 Prytania
   New Orleans, Louisiana   70115
   Telephone:  883-5353

9.    Custodian of Medical Records
   St. John Rehab Clinic
   504 Rue De Sante
   LaPlace, Louisiana 70068
   Telephone: (504) 652-9515

10.   Custodian of Medical Records
    Medical Rehab Consultants, Inc.
    P. O. Box 55056
    Metairie, Louisiana 70055

11.   Louisiana Workers Compensation Corporation
    Custodian of Records
    2237 South Acadian Thruway, Suite 102
    Baton Rouge, Louisiana 70808
    Telephone: (225) 924-7788

12.   Ken Soyez   -   Manager-Offshore Operations
    Murphy Exploration
      & Production Company
    131 South Robertson Street
    New Orleans, Louisiana 70112

13.   Any witness listed or called by any other party.

                                          Respectfully submitted,

                                          LEMLE & KELLEHER, L.L.P.

                                          _____
                                          JAMES H. DAIGLE, T.A. (#4455)
                                          KENT B. RYAN (#18418)
                                          BRADLEY J. SCHLOTTERER (#24211)
                                          Pan-American Life Center
                                          601 Poydras Street, 21st Floor
                                          New Orleans, Louisiana 70130
                                          ATTORNEYS FOR DEFENDANT/CROSS-
                                          CLAIMANT, MURPHY EXPLORATION
                                          & PRODUCTION COMPANY

## CERTIFICATE OF SERVICE

**I DO HEREBY** certify that I have served a copy of the foregoing pleading on all counsel of record in these proceedings by United States Mail, postage prepaid, on this the 11th day of July, 2001.

                                                                  _____
                                                                              JAMES H. DAIGLE