FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 11 PM 3: 36

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION NO. 00-0068 |
| VERSUS | |
| | SECTION J |
| MURPHY EXPLORATION & PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | MAG. 1 |

### SUPPLEMENTAL LIST OF EXHIBITS

**NOW COMES** Murphy Exploration & Production Company, defendant and cross-claimant, who supplements its List of Exhibits, by adding the following exhibits which it may use at the trial of this matter:

1. Master Service Agreement between Murphy Exploration & Production Company and Dynamic Industries, Inc. dated July 31, 1992, which was served on Dynamic Industries, Inc. with the Third Party Complaint in February, 2000.

1

2. Letter of W. Patrick Heimel dated October 19, 1992 to B&J Martin, Inc. regarding the Master Service Agreement of July 31, 1992.

3. Any and all of plaintiff's medical records whether relating to the alleged accident in question or to prior and subsequent medical treatment, including plaintiff's pre-employment physical with Basic Industries in late 1999 and his answers to the medical inquiries when he obtained employment there. This lawsuit has just come to the attention of undersigned counsel.

4. Any and all medical records and documents relative to the matter entitled *Dario Pineda v. Transamerican Refining Corporation*, Civil Action No. 94-1509, Section "A", United States District Court for the Eastern District of Louisiana.

5. Any exhibit listed or used by any other party.

        Respectfully submitted,

        **LEMLE & KELLEHER, L.L.P.**

        _____
        **JAMES H. DAIGLE, T.A. (#4455)**
        **THOMAS A. PORTEOUS (#27039)**
        Pan-American Life Center
        601 Poydras Street, 21st Floor
        New Orleans, Louisiana 70130
        Telephone: (504) 586-1241
        Facsimile: (504) 584-9142

        ATTORNEYS FOR DEFENDANT/CROSS-
        CLAIMANT, MURPHY EXPLORATION
        & PRODUCTION COMPANY

## CERTIFICATE OF SERVICE

**I DO HEREBY** certify that I have served a copy of the foregoing pleading on all counsel of record in these proceedings by United States Mail, postage prepaid, on this the 11 day of July, 2001.

                                                JAMES H. DAIGLE