FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 13 PM 1:08

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| VERSUS | NO. 00-0068 |
| MURPHY EXPLORATION AND PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | SECTION "J"  MAGISTRATE: 1 |

### AMENDED LIST OF WITNESSES

NOW INTO COURT, through undersigned counsel, comes plaintiff, **DARIO PINEDA**, who amends his list of may call witnesses, by amending same as follows:

16. All treating physicians:

   (a) Belle Chasse Medical Services
   7772A Highway 23
   Belle Chasse, Louisiana 70037

   (b) Dr. Raul R. Dias
   315 West Genie Street
   Chalmette, Louisiana 70043

   (c) Kenner Orthopaedic & Sports Therapy
   1530 Lapalco Boulevard
   Suite 22
   Harvey, Louisiana 70058

    (d)    Metairie Imaging
            3400 Division Street
            Metairie, Louisiana 70002

    (e)    Dr. F. Allen Johnston
            2930 Canal Street
            Suite 301
            New Orleans, Louisiana 70119

    (f)    New Orleans Neurologic Assessment Center
            2930 Canal Street
            Suite 302
            New Orleans, Louisiana 70119

Respectfully submitted,
**COLLINS-KLOTZ LAW FIRM**

_____
**W. PATRICK KLOTZ (#17877)**
530 Natchez Street
Suite 250
New Orleans, Louisiana 70130
Telephone:    (504) 522-5678
Facsimile:    (504) 527-0092
Attorney for Plaintiff, Dario Pineda

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addresses and first-class postage prepaid, this ___13th___ day of July, 2001.

_____
**W. PATRICK KLOTZ**