```
                                        FILED
                                   U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF LA

                                   2001 JUL 18  AM 9:07

                                     LORETTA G. WHYTE
                                          CLERK
```

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**JULY 17, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARIO PINEDA** | **CIVIL ACTION** |
| versus | **NUMBER 00-0068** |
| **MURPHY EXPLORATION & PRODUCTION COMPANY, ET AL.** | **SECTION "J" (1)** |

A telephone settlement conference was held this date.

Present:

William Klotz, Jr., for the plaintiff;
Henry LeBas, for Eagle Pacific Insurance Co.;
James Daigle and Thomas Porteous, for Murphy Exploration & Production Co.;
Norman Anseman, for B & J Martin, Inc.;
Marti Ogden, for Dynamic Industries, Inc.;

Settlement discussions are ongoing.

DATE OF ENTRY
JUL 1 8 2001

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

```
     Fee_____
     Process___
  X  Dktd_____
  ✓  CtRmDep___
     Doc.No.  45
```