please file/8/1

U.S. MAGISTRATE JUDGE
SALLY SHUSHAN

JUL 1 9 2001

RECEIVED

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 19 AM 8: 35

JUL 1 9 2001
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARIO PINEDA** | **CIVIL ACTION** |
| vs. | No. 00-0068 |
| **MURPHY EXPLORATION & PRODUCTION COMPANY ET AL** | SECTION "J" (1) |

### MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE COUNTER-CLAIM

**NOW INTO COURT**, through undersigned counsel, comes Murphy Exploration and Production Company (hereinafter "Murphy Exploration"), defendant in main demand, who, for the same reasons set forth by B&J Martin, Inc., moves for an order for leave of court to file the attached counter-claim. Plaintiff, Dario Pineda, instituted this action against Murphy Exploration on December 21, 1999. Since the filing of the original Petition, the deposition of Mr. Pineda was taken on two separate occasions: May 30, 2000 and June 4, 2001. As B&J Martin, Inc.'s counsel stated, Mr. Pineda testified under oath that he has been unable to pursue any gainful employment as a result of his December 9, 1997 accident. Undersigned counsel for Murphy Exploration likewise recently obtained documents which contradict this claim and therefore desires an order from this Court for leave to file a counter-claim alleging fraud and abuse of process. The filing of this counter-claim will not retard or delay progress of the main

1

Fee____
Process____
X /Dktd____
__/CtRmDep____
Doc.No.____

demand. In the event that this Motion is opposed, Murphy Exploration submits that the current trial date should be continued due to this recently-discovered information as Murphy Exploration should be afforded the opportunity to further develop this fact and defense.

Respectfully submitted,

LEMLE & KELLEHER, L.L.P.

*/s/ Thomas A. Porteous*

JAMES H. DAIGLE, T.A. (#4455)
BRADLEY J. SCHLOTTERER (#24211)
THOMAS A. PORTEOUS (#27039)
Pan-American Life Center
601 Poydras Street, 21st Floor
New Orleans, Louisiana 70130

ATTORNEYS FOR DEFENDANT,
MURPHY EXPLORATION & PRODUCTION CO.

## CERTIFICATE OF SERVICE

**I DO HEREBY** certify that a copy of the above and foregoing pleading has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, by facsimile or by hand delivery, on this the 18th day of July, 2001.

*/s/ Thomas A. Porteous*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARIO PINEDA** | **CIVIL ACTION** |
| vs. | No. 00-0068 |
| **MURPHY EXPLORATION &**<br>**PRODUCTION COMPANY ET AL** | SECTION "J" (1) |

To:  W. Patrick Klotz, Esq.　　　　　　　　Henry L. LeBas, Esq.
     530 Natchez Street – Suite 250　　　　100 E. Vermillion, Suite 201
     New Orleans, LA  70130　　　　　　　Lafayette, LA  70501

     James C. Donohue, Esq.　　　　　　　Etienne Balart
     Crawford & Lewis　　　　　　　　　　Jones Walker
     P. O. Box 3656　　　　　　　　　　　201 St. Charles Ave.
     Baton Rouge, LA  7821-3656　　　　　New Orleans, LA  70170-5100

**PLEASE TAKE NOTICE** that Murphy Exploration and Production Company will bring on for hearing the attached Motion to File Counter-Claim before this Honorable Court on Wednesday, August 1, 2001 at 9:00 a.m., or as soon thereafter as may be heard.

1

Respectfully submitted,

**LEMLE & KELLEHER, L.L.P.**

*Thomas A. Porteous*
_____
**JAMES H. DAIGLE, T.A. (#4455)**
**BRADLEY J. SCHLOTTERER (#24211)**
**THOMAS A. PORTEOUS (#27039)**
Pan-American Life Center
601 Poydras Street, 21st Floor
New Orleans, Louisiana 70130

**ATTORNEYS FOR DEFENDANT,**
**MURPHY EXPLORATION & PRODUCTION CO.**

## CERTIFICATE OF SERVICE

**I DO HEREBY** certify that a copy of the above and foregoing pleading has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, by facsimile or by hand delivery, on this the 18th day of July, 2001.

*Thomas A. Porteous*
_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARIO PINEDA** | **CIVIL ACTION** |
| vs. | No. 00-0068 |
| **MURPHY EXPLORATION & PRODUCTION COMPANY ET AL** | SECTION "J" (1) |

### COUNTER-CLAIM

**NOW INTO COURT**, through undersigned counsel, comes Murphy Exploration and Production Company (hereinafter "Murphy Exploration") who for purposes of filing a counter-claim against Dario A. Pineda, upon information and belief, avers as follows:

I.

This counter-claim needs no independent basis of jurisdiction pursuant to 28 U.S.C. § 1367, as the allegations form part of the same case or controversy under Article III of the United States Constitution.

II.

Plaintiff, Dario A. Pineda, has sued Murphy Exploration, and others alleging that on or about December 9, 1997, while he was aboard the M/V WHITE DOVE as an employee of

1

Dynamic Industries, Inc., he sustained injuries that are more fully set forth in his original Petition and First Supplemental and Amending Complaint filed into this record. Plaintiff has set forth claims under both the Jones Act and general maritime law.

III.

Murphy Exploration filed responsive pleadings denying any and all liability to plaintiff.

IV.

In his Petition and Complaint, Plaintiff avers that he suffered a severe and disabling injury as a result of the December 9, 1997 accident. He claims damages, including "serious and permanently disabling injuries to his mind and body" resulting in loss of past, present and future wages and loss of future earning capacity, among other items.

V.

On May 30, 2000 and June 4, 2001, the deposition testimony of Dario A. Pineda was taken by attorneys representing Murphy Exploration, Dynamic Industries, Inc. and B&J Martin, Inc. wherein Dario Pineda gave perjurious and misrepresenting testimony concerning the nature and extent of his alleged injuries and medical condition, including making false and misleading statements concerning the causation of his injuries and the extent of those injuries.

VI.

Dario Pineda has willfully concealed employment which he has performed since the date of his alleged December 9, 1997 accident in an effort to fraudulently enhance his claims of permanent injury.

VII.

Specific evidence obtained through investigation and discovery shows that Dario A. Pineda suffered no injuries which are the subject of his current complaints and that Dario A. Pineda has lied under oath in an effort to bolster his fraudulent claims for impairment of future earning capacity and future lost wages.

VIII.

Investigation and discovery performed by Murphy Exploration has revealed that Dario Pineda has been gainfully employed for a significant period of time in the time between his depositions and alleged accident.

IX.

In light of the above fraudulent statements, Murphy Exploration avers, on information and belief, that Dario Pineda suffered no injury while employed by Dynamic Industries, Inc. on December 9, 1997. Accordingly, Dario Pineda's claims against Murphy Exploration have no basis in fact and constitute a fraud and abuse of process.

X.

Dario A. Pineda's perjurious testimony in his depositions and his false and misleading allegations contained in his Petition and First Supplemental and Amending Complaint and Answers to Interrogatories were used in an attempt to fraudulently seek damages from Murphy Exploration. Accordingly, Dario A. Pineda has engaged in abuse of process and a fraud. Dario A. Pineda was not injured or disabled as the result of any alleged accident while aboard the M/V WHITE DOVE.

XI.

Specifically, Dario A. Pineda committed an abuse of process by having an ulterior and vindictive purpose in filing and maintaining his suit for damages against Murphy Exploration and willfully failing to abide by proper procedures and rules set out by law in the regular conduct of litigation proceedings.

XII.

Accordingly, Murphy Exploration states a cause of action against plaintiff, Dario A. Pineda, for misrepresentation and abuse of process under federal common law and/or Louisiana state law.

XIII.

As a direct result of the aforesaid misrepresentation and abuse of process committed by plaintiff, Dario A. Pineda, in this litigation, defendant Murphy Exploration is entitled to a judgment against Dario A. Pineda for recoupment of all its attorney's fees, costs and expenses that have been incurred by Murphy Exploration in defending and litigating against the baseless allegations of Dario A. Pineda.

XIV.

Murphy Exploration pleads for trial by jury on the matters raised in this counter-claim pursuant to the Seventh Amendment of the United States Constitution and 28 U.S.C. § 1861.

**WHEREFORE**, defendant, Murphy Exploration, prays that plaintiff in main demand and defendant herein, Dario A. Pineda, be duly served with a copy of this counter-claim and duly cited to appear and answer same and that after all legal delays and all due proceedings had in this matter that there be judgment herein in favor of defendant, Murphy Exploration and against

Dario A. Pineda for the damages sustained by Murphy Exploration in connection with this matter, as alleged in the aforesaid counter-claim, the amount of which will be shown at trial, together with interest, costs, expenses, attorney's fees and for such other relief as the justice of the cause may require.

> Respectfully submitted,
>
> LEMLE & KELLEHER, L.L.P.
>
> *[signature: Thomas A. Porteous]*
> _____
> JAMES H. DAIGLE, T.A. (#4455)
> BRADLEY J. SCHLOTTERER (#24211)
> THOMAS A. PORTEOUS (#27039)
> Pan-American Life Center
> 601 Poydras Street, 21st Floor
> New Orleans, Louisiana 70130
>
> ATTORNEYS FOR DEFENDANT,
> MURPHY EXPLORATION & PRODUCTION CO.

## CERTIFICATE OF SERVICE

**I DO HEREBY** certify that a copy of the above and foregoing pleading has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, by facsimile or by hand delivery, on this the _18th_ day of _July_, 2001.

*[signature: Thomas A. Porteous]*
_____

5