```
                                          FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                    2001 JUL 24  PM 1:36

                                     LORETTA G. WHYTE
                                          CLERK
```

MINUTE ENTRY
BARBIER, J.
JULY 23, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PINEDA                                    CIVIL ACTION

VERSUS                                    NO: 00-68

MURPHY EXPLORATION &                      SECTION: "J"(1)
PRODUCTION CO., ET AL

**IT IS ORDERED** that the Court will hold a **telephone status conference** on **Wednesday, July 25, 2001 at 3:00 p.m.** to discuss the pending Motion to Continue.

The Court will initiate the telephone call.

All parties have been so notified by telephone this date.

\* \* \* \* \* \* \* \* \* \*

DATE OF ENTRY
JUL 2 4 2001