FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 23 AM 9: 08

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| VERSUS | NO. 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY, | SECTION J |
| DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, | MAG. 1 |
| ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | |

### JOINT MOTION FOR CONTINUANCE

**NOW INTO COURT**, through undersigned counsel, come defendants, Murphy Exploration and Production Company (hereinafter "Murphy Exploration") and B&J Martin, Inc. (hereinafter "B&J Martin"), who move to continue the September 10, 2001 trial date for the following reasons:

I.

This case is presently set for trial on September 10, 2001, with a final pre-trial conference scheduled for August 30, 2001.

DATE OF ENTRY
JUL 3 0 2001

1

II.

On July 17, 2001, all counsel of record participated in a settlement conference with Magistrate Shushan. The dichotomy of opinion as to the settlement value of the case was stark making the likelihood of settlement remote.

III.

During the course of the July 17, 2001 settlement conference, counsel for Murphy Exploration and B&J Martin were informed by plaintiff's counsel for the first time that the plaintiff, Dario Pineda, had seen Doctor F. Allen Johnston in October of 2000. Counsel for defendants were not aware of any treatment by Doctor Johnston and were taken completely by surprise less than two months before trial. Counsel for Murphy requested copies of Doctor Johnston's records which were subsequently provided to them on that date.

IV.

After reviewing the medical records of Doctor Johnston, it became abundantly clear to counsel for Murphy Exploration and B&J Martin that Mr. Pineda had in fact been treated by Dr. Johnston who opined plaintiff may have S1 radiculopathy as shown on a nerve conduction study. Obviously, this may in fact impact defendants' evaluation of the case if these facts are fully explored, thus possibly facilitating settlement. Going into the settlement conference the last medicals in late 1999 declared plaintiff as having reached MMI and able to return to work

V.

Counsel for Murphy Exploration and B&J Martin now believe it is necessary to continue this matter currently set for trial on September 10, 2001 in order to complete discovery of this newly discovered information.

VI.

Counsel for Murphy Exploration, James H. Daigle, has spoken with counsel for the plaintiff, Patrick Klotz, who does not oppose this Motion for Continuance if another trial date can be scheduled before the end of the year, or shortly thereafter.

**THEREFORE**, defendants, Murphy Exploration and Production Company and B&J Martin, Inc., move for an order continuing the trial date, re-scheduling the trial and pre-trial, and altering the pre-trial deadlines herein for discovery, expert reports, dispositive motions and other relevant deadlines, as to allow this case to be fully and completely litigation as to all parties believed to have potential liability.

Respectfully submitted,

LEMLE & KELLEHER, L.L.P.

_____
JAMES H. DAIGLE, T.A. (#4455)
BRADLEY J. SCHLOTTERER (#24211)
THOMAS A. PORTEOUS (#27039)
Pan-American Life Center
601 Poydras Street, 21st Floor
New Orleans, Louisiana 70130
**ATTORNEYS FOR DEFENDANT,**
**MURPHY EXPLORATION & PRODUCTION CO.**

and _____
L. ETIENNE BALART (# 24951)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRERE & DENEGRE, L.L.P.
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: 504-582-8000
Fax: 504-582-8015
**Attorneys for B&J Martin**

Undersigned counsel hereby certifies to the Court that they have advised their clients that they have initiated to a Motion to Continue the Trial of this case and that the clients have been provided with a copy of the Motion to Continue the Trial.

## CERTIFICATE OF SERVICE

**I DO HEREBY** certify that a copy of the above and foregoing pleading has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, by facsimile or by hand delivery, on this the 23rd day of July 2001.

*Thomas A. Porteous*

275712_1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| VERSUS | NO. 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY, | SECTION J |
| DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, | MAG. 1 |
| ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | |

## ORDER

Considering the foregoing Joint Motion for Continuance,

**IT IS ORDERED** that the trial date of September 10, 2001 be continued; that the August 30, 2001 pre-trial date be continued; that the pre-trial order deadlines herein be altered/upset and that a new pre-trial order be issued here in consistent with the new trial date to be scheduled before the end of the year or as shortly thereafter.

_____
U.S. DISTRICT JUDGE

275712_1

1