```
                                    FILED
                              U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                              2001 JUL 24  PM 3:33

                              LORETTA G. WHYTE
                                    CLERK
```

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| VERSUS | NO. 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY, | SECTION J |
| DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, | MAG. 1 |
| ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | |

### MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes defendant, Murphy Exploration and Production Company, which requests that Thomas A. Porteous (Bar No. 27039) be substituted for Kenneth M. Klemm (Bar No. 22097) and added as counsel of record for defendant in this matter.

Respectfully submitted,

LEMLE & KELLEHER, L.L.P.

_____
JAMES H. DAIGLE, T.A. (#4455)
BRADLEY J. SCHLOTTERER (#24211)
THOMAS A. PORTEOUS (#27039)
Pan-American Life Center

DATE OF ENTRY
JUL 3 1 2001

1

601 Poydras Street, 21st Floor
New Orleans, Louisiana 70130

**ATTORNEYS FOR DEFENDANT,
MURPHY EXPLORATION & PRODUCTION CO.**

## CERTIFICATE OF SERVICE

**I DO HEREBY** certify that a copy of the above and foregoing pleading has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, by facsimile or by hand delivery, on this the 24th day of July 2001.

276143_1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| VERSUS | NO. 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY, | SECTION J |
| DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, | MAG. 1 |
| ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | |

## ORDER

Considering the foregoing Motion;

**IT IS HEREBY ORDERED** that Thomas A. Porteous (Bar No. 27039) be and hereby is substituted for Kenneth M. Klemm (Bar No. 22097) and added as counsel of record for defendant, Murphy Exploration and Production Company, in this matter.

New Orleans, Louisiana this 25th day of July, 2001.

_____
U.S. DISTRICT JUDGE

1