

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

JUL 3 1 2001    JUL 31 1 P 3: 36

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DARIO PINEDA                                          CIVIL ACTION

    v.                                               No. 00-0068

MURPHY EXPLORATION &                                  SECTION "J"(1)
PRODUCTION COMPANY ET AL

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes B&J Martin, Inc., defendant in

main demand, who moves for leave of court to file the attached Reply Memorandum for the Motion

to be heard on the 1st day of August 2001 at 10:00 a.m. or as soon thereafter as may be heard. The

Motion will be decided on the briefs and B&J Martin believes their Reply Memorandum will assist

the Court.

                                        Respectfully submitted,

                                        JEFFERSON R. TILLERY #17831
                                        L. ETIENNE BALART #24951
                                        JONES, WALKER, WAECHTER, POITEVENT,
                                              CARRÈRE & DENÈGRE, L.L.P.
                                        201 St. Charles Avenue - 48th Flr
                                        New Orleans, Louisiana 70170-5100
                                        Tel: 504-582-8584
                                        Fax: 504-582-8010
                                        Attorneys for B&J Martin, Inc.

DATE OF ENTRY

AUG - 2 2001

Fee_____
Process____
X / Dktd____
__/ CtRmDep____
Doc.No. 52

N0704142.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by hand, fax or by depositing same in the U.S. mail, postage prepaid and properly addressed this 31st day of July 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DARIO PINEDA                                      CIVIL ACTION

    v.                                              No. 00-0068

MURPHY EXPLORATION &                              SECTION "J"(1)
PRODUCTION COMPANY ET AL

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum;

IT IS HEREBY ORDERED that defendant B&J Martin, Inc. be granted leave to file its

Reply Memorandum ~~to be heard on the 1st day of August 2001 at 10:00 a.m. or as soon there after~~

~~as may be heard~~.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
_Magistrate_

N0704142.1