FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG -2 AM 10: 58

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
BARBIER, J.
AUGUST 1, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DARIO PINEDA                           CIVIL ACTION

VERSUS                                 NO: 00-0068

MURPHY EXPLORATION &                   SECTION: "J"(1)
PRODUCTION CO., ET AL

    Before the Court is the **Motion for Partial Summary Judgment**
(Rec. Doc. 44) filed by third-party defendant Dynamic Industries,
Inc. ("Dynamic"). Third-party plaintiff, Murphy Exploration &
Production Company ("Murphy"), opposes the motion. The motion,
set for hearing on August 1, 2001, is before the Court on briefs
without oral argument.

    In its motion, Dynamic requests a partial summary judgment
finding "that Louisiana law governs the claims asserted by Murphy
in its Third Party Complaint against Dynamic and that in the

DATE OF ENTRY
AUG - 2 2001


Fee _____
Process ____
X Dktd _____
CtRmDep ____
Doc.No. 54

event Murphy is apportioned any degree of fault at the trial of this matter, Dynamic owes nothing." Dynamic's Reply Memo., 4. The motion is premised in part on the assumption made by Dynamic, with which Murphy agrees, that this suit is governed by the Outer Continental Shelf Lands Act ("OCSLA"), 43 U.S.C. § 1331 <u>et seq</u>.

In point of fact, this Court has specifically declined to find that OCSLA necessarily applies to this action. <u>See</u>, Rec. Doc. 26, n.4. Moreover, resolution of the issue presented in the instant motion at this juncture will not hasten the proceedings by resulting in the dismissal of any parties to this action, disposition of any substantial claims, resolution of any issues reserved for trial, or in any other way that is apparent to the Court. Accordingly;

**IT IS ORDERED** that Dynamic's **Motion for Partial Summary Judgment** (Rec. Doc. 44) should be and is hereby **DENIED** without prejudice as premature.

*  *  *  *  *  *  *  *  *  *  *  *  *

2