UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION NO. 00-0068 |
| VERSUS | |
| MURPHY EXPLORATION & PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | SECTION "J"<br><br>MAGISTRATE 1 |

## MOTION FOR LEAVE OF COURT TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, **DYNAMIC INDUSTRIES, INC.,** who respectfully moves this Honorable Court to grant Defendant leave of court to file a Reply Memorandum in Support of Motion for Partial Summary Judgment for the reasons set forth in the attached memorandum.

RESPECTFULLY SUBMITTED:

CRAWFORD & LEWIS
Bank One - North Tower
450 Laurel Street, Suite 1600
Post Office Box 3656
Baton Rouge, LA 70821-3656
Telephone: (225) 343-5290

JAMES C. DONOHUE (#18869)
MARTI OGDEN (#25201)

DATE OF ENTRY
AUG - 2 2001

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded by facsimile transmission and mailed, postage prepaid, to all counsel of record this 31st day of July, 2001.

_____
MARTI OGDEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION NO. 00-0068 |
| VERSUS | |
| MURPHY EXPLORATION & PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | SECTION "J"<br><br>MAGISTRATE 1 |

## LR7.9E CERTIFICATE

I hereby certify that all counsel of record in the above captioned matter have been notified of the filing of this Motion for Leave of Court to File Reply Memorandum in Support of Motion for Partial Summary Judgment. I further certify that no objections to the filing of this motion have been received as of this time.

Baton Rouge, Louisiana, this 31st day of July, 2001.

_____
MARTI OGDEN

3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION NO. 00-0068 |
| VERSUS | |
| MURPHY EXPLORATION & PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | SECTION "J"<br><br>MAGISTRATE 1 |

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE OF COURT TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

MAY IT PLEASE THE COURT:

Defendant, Dynamic Industries, Inc. ("Dynamic"), respectfully requests that this Honorable Court grant leave of court so that it may file a Reply Memorandum in Support of Motion for Partial Summary Judgment for the following reasons:

1.

Dynamic filed its Motion for Partial Summary Judgment on July 17, 2001 with a Notice of Hearing requesting a hearing on August 1, 2001.

2.

Murphy Exploration & Production Company ("Murphy") filed a Memorandum in Opposition to Dynamic's Motion for Partial Summary Judgment on July 24, 2001.

3.

Murphy's Memorandum in Opposition addressed issues to which Dynamic feels compelled to respond.

For the foregoing reasons, Dynamic respectfully requests that this Honorable Court grant leave of court so that it may file a Reply Memorandum in Support of Motion for Partial Summary Judgment.

RESPECTFULLY SUBMITTED BY:

CRAWFORD & LEWIS
Bank One - North Tower
450 Laurel Street, Suite 1600
Post Office Box 3656
Baton Rouge, LA 70821-3656
Telephone: (225) 343-5290

_____
JAMES C. DONOHUE (#18869)
MARTI OGDEN (#25201)

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the above and foregoing has this day been mailed by facsimile transmission and mailed, postage prepaid, to all counsel of record. Baton Rouge, Louisiana this 31st day of July, 2001.

_____
MARTI OGDEN

5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION NO. 00-0068 |
| VERSUS | |
| MURPHY EXPLORATION & PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | SECTION "J" <br><br> MAGISTRATE 1 |

# **ORDER**

IT IS ORDERED, ADJUDGED AND DECREED that the foregoing Motion for Leave of Court to File Reply Memorandum in Support of Motion for Partial Summary Judgment filed on behalf of **DYNAMIC INDUSTRIES, INC.** is hereby granted.

THUS DONE AND SIGNED this 31 day of July, 2001.

_____
JUDGE, U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

G:\UNIC\1936.057\Pleadings\MotForLeave.doc