FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG -1  PM 3: 48

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| VERSUS | NO. 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY, | SECTION J |
| DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | MAG. 1 |

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

**NOW INTO COURT**, through undersigned counsel, comes Murphy Exploration and Production Company, defendant in main demand, who moves for leave of court to file the attached Reply Memorandum for the Motion to be heard on the 1st day of August 2001 at 10:00 a.m. or as soon thereafter as may be heard. The Motion will be decided on the briefs and Murphy Exploration and Production Company believes their Reply Memorandum will assist the Court.

DATE OF ENTRY
AUG - 3 2001

Respectfully submitted,

**LEMLE & KELLEHER, L.L.P.**

*/s/ Thomas A. Porteous*
_____
JAMES H. DAIGLE, T.A. (#4455)
BRADLEY J. SCHLOTTERER (#24211)
THOMAS A. PORTEOUS (#27039)
Pan-American Life Center
601 Poydras Street, 21st Floor
New Orleans, Louisiana 70130

ATTORNEYS FOR DEFENDANT,
MURPHY EXPLORATION & PRODUCTION CO.

## CERTIFICATE OF SERVICE

**I DO HEREBY** certify that a copy of the above and foregoing pleading has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, by facsimile or by hand delivery, on this the _1st_ day of _August_ 2001.

*/s/ Thomas A. Porteous*
_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| VERSUS | NO.  00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY, | SECTION J |
| DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | MAG. 1 |

### ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum;

**IT IS HEREBY ORDERED** that defendant Murphy Exploration and Production Company be granted leave to file its Reply Memorandum ~~to be heard on the 1st day of August 2001 at 10:00 a.m. or as soon thereafter as may be heard~~.

277611_1

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate