FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG -3 AM 9: 06

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| VERSUS | NO.  00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY, | SECTION J |
| DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, | MAG. 1 |
| ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | |

### REPLY MEMORANDUM TO PLAINTIFF'S OPPOSITION TO MOTION FOR LEAVE TO FILE COUNTER-CLAIM

**MAY IT PLEASE THE COURT:**

Defendant, Murphy Exploration and Production Company (hereinafter "Murphy Exploration"), plaintiff in counter-claim, offers this brief reply to allegations made in the Opposition to Defendant's Motion for Leave to File Counter Claim filed on behalf of Dario Pineda.  Murphy Exploration supports, adopts and incorporates all of the analysis and legal arguments set forth by B&J Martin, Inc. in its Reply Memorandum to Plaintiff's Opposition to Motion for Leave to File Counter-Claim.

Furthermore, with regard to the allegations made by plaintiff regarding "recently obtained documents" (page 3 of plaintiff's Opposition to Defendant's Motion for Leave to File Counter-

1

Claim), plaintiff has failed to recognize that Murphy Exploration has recently discovered additional documents relating to Mr. Pineda and his claims for injuries other than the documents relating to Mr. Pineda's employment with Basic Industries.  Documents relating to prior litigation and to prior injuries that may ultimately have an effect on the current claims of Mr. Pineda have also recently been discovered by Murphy Exploration which further contradict the claims and past statements made by Mr. Pineda regarding prior law suits.  Counsel's knowledge of the status of Mr. Pineda's green card is a red herring put before the Court and does not address why Mr. Pineda has failed up to this point to inform counsel for Murphy Exploration about prior injuries, prior law suits and visits to area doctors for treatment that were until recently, undocumented.

For the foregoing reasons, and for the reasons set forth in B&J Martin, Inc.'s Reply Memorandum to Plaintiff's Opposition to Motion for Leave to File Counter-Claim, Murphy Exploration respectfully requests that their Motion for Leave to File Counter-Claim be granted.

Respectfully submitted,

LEMLE & KELLEHER, L.L.P.

JAMES H. DAIGLE, T.A. (#4455)
BRADLEY J. SCHLOTTERER (#24211)
THOMAS A. PORTEOUS (#27039)
Pan-American Life Center
601 Poydras Street, 21st Floor
New Orleans, Louisiana  70130

ATTORNEYS FOR DEFENDANT,
MURPHY EXPLORATION & PRODUCTION CO.

2

## CERTIFICATE OF SERVICE

I DO HEREBY certify that a copy of the above and foregoing pleading has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, by facsimile or by hand delivery, on this the _1st_ day of _August_ 2001.

_Thomas A. Porteous_

277665_1