FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 17 PM 3: 49

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| VERSUS | NO. 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | SECTION J<br><br>MAG. 1 |

## MOTION TO REVIEW MAGISTRATE JUDGE'S ORDER

**NOW INTO COURT**, through undersigned counsel, comes defendant, Murphy Exploration & Production Company (hereinafter "Murphy Exploration") who moves this court for review of an order entered August 6, 2001, denying Murphy Exploration's Motion for Leave to File Counter Claim. The reasons supporting review of this order are more fully explained in the attached memorandum in support of this Motion. Murphy Exploration respectfully requests oral argument and pleads that oral argument will serve to clarify the issues and circumstances surrounding the instant Motion.

1

Respectfully submitted,

**LEMLE & KELLEHER, L.L.P.**

*Thomas A. Porteous*

JAMES H. DAIGLE, T.A. (#4455)
BRADLEY J. SCHLOTTERER (#24211)
THOMAS A. PORTEOUS (#27039)
Pan-American Life Center
601 Poydras Street, 21st Floor
New Orleans, Louisiana 70130
ATTORNEYS FOR DEFENDANT,
MURPHY EXPLORATION & PRODUCTION CO.

## CERTIFICATE OF SERVICE

I **DO HEREBY** certify that a copy of the above and foregoing pleading has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, by facsimile or by hand delivery, on this the 17th day of August 2001.

*Thomas A. Porteous*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| VERSUS | NO.  00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY, | SECTION J |
| DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, | MAG. 1 |
| ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | |

## NOTICE OF HEARING

Please take notice that undersigned counsel will bring the attached Motion to Review Magistrate Judge's Order on for hearing before the Honorable Carl J. Barbier, in the United States District Court, Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana 70130 on the 12th day of September, 2001 at 9:30 a.m. or as soon thereafter as counsel may be heard.

1

Respectfully submitted,

**LEMLE & KELLEHER, L.L.P.**

*/s/ Thomas A. Porteous*

**JAMES H. DAIGLE, T.A. (#4455)**
**BRADLEY J. SCHLOTTERER (#24211)**
**THOMAS A. PORTEOUS (#27039)**
Pan-American Life Center
601 Poydras Street, 21st Floor
New Orleans, Louisiana 70130
**ATTORNEYS FOR DEFENDANT,**
**MURPHY EXPLORATION & PRODUCTION CO.**

## CERTIFICATE OF SERVICE

**I DO HEREBY** certify that a copy of the above and foregoing pleading has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, by facsimile or by hand delivery, on this the 17th day of August 2001.

*/s/ Thomas A. Porteous*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| VERSUS | NO. 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY, | SECTION J |
| DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, | MAG. 1 |
| ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | |

**MEMORANDUM IN SUPPORT OF MOTION
O REVIEW MAGISTRATE JUDGE'S ORDER**

On July 19, 2001, Murphy Exploration & Production Company (hereinafter "Murphy Exploration") filed a Motion for Leave to File Counter Claim and a Counter Claim against plaintiff, Dario A. Pineda. By order entered August 6, 2001, Magistrate Judge Shushan denied Murphy Exploration's Motion for Leave. As a consequence thereof, Murphy Exploration respectfully submits the following in an attempt to avoid unnecessary expenses and the piecemeal adjudication of this matter that will result should Murphy Exploration not be allowed to file their intended Counter Claim against the plaintiff.

1

## I.    STANDARD OF REVIEW

Regarding non-dispositive pre-trial matters, the district court reviews a magistrate judge's order under a clearly erroneous or contrary to law standard. 28 U.S.C. § 636(b)(1)(A).

## II.    LAW AND ARGUMENT

Pursuant to Federal Rules of Civil Procedure 72(a), "Within ten days after being served with a copy of the magistrate's order, a party may serve and file objections to the order...The district judge to whom the case is assigned shall consider such objections and shall modify or set aside any portion of the magistrate judge's order found to be clearly erroneous or contrary to law." Furthermore, Murphy Exploration's Motion to Review the Magistrate Judge's Order is timely pursuant to Federal Rule of Civil Procedure 6(a) in that the time prescribed for reviewing a magistrate judge's order is less than eleven days thereby excluding intermediate Saturdays, Sundays and legal holidays in the computation in time in which to appeal.

As Murphy Exploration and B&J Martin, Inc. were originally in agreement in their filing of the Motion for Leave to File Counter Claim and the Counter Claim against Mr. Pineda, Murphy Exploration remains in agreement with B&J Martin, Inc. and supports, adopts and incorporates all of the analysis and legal arguments set forth by B&J Martin, Inc. in its Motion to Review Magistrate Judge's Order and Memorandum in Support thereof.

## III.    CONCLUSION

Therefore, for the foregoing reasons, and for the reasons set forth in B&J Martin, Inc.'s Motion to Review Magistrate Judge's Order and Memorandum in Support thereof, Murphy Exploration respectfully requests that Magistrate Judge Shushan's Order denying their Motion

for Leave to File Counter Claim be modified or set aside thereby avoiding additional unnecessary expenses and piecemeal adjudication of this matter.

Respectfully submitted,
LEMLE & KELLEHER, L.L.P.

*Thomas A. Porteous*

JAMES H. DAIGLE, T.A. (#4455)
BRADLEY J. SCHLOTTERER (#24211)
THOMAS A. PORTEOUS (#27039)
Pan-American Life Center
601 Poydras Street, 21st Floor
New Orleans, Louisiana 70130
ATTORNEYS FOR DEFENDANT,
MURPHY EXPLORATION & PRODUCTION CO.

## CERTIFICATE OF SERVICE

I DO HEREBY certify that a copy of the above and foregoing pleading has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, by facsimile or by hand delivery, on this the 17th day of August 2001.

*Thomas A. Porteous*

3