

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| VERSUS | NO. 00-0068 |
| MURPHY EXPLORATION AND PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | SECTION "J"  MAGISTRATE: 1 |

### MEMORANDUM IN OPPOSITION TO MOTION(S) TO REVIEW MAGISTRATE JUDGE'S ORDER

MAY IT PLEASE THE COURT:

On August 6, 2001, Magistrate Judge Sally Shushan, denied B & J Martin's and Murphy Exploration and Production Company's, respective Motions for Leave to File Counter-Claim Against Plaintiff. Plaintiff respectfully submits that the order and reasons set forth by Magistrate Shushan are well reasoned and within the purview and discretion of such a ruling by this Honorable Court. Moreover, pursuant to Federal Rule of Civil Procedure 72(a), this Honorable Court may overturn such a decision only if it is clearly erroneous and contrary to law. Defendants have failed

to provide this Honorable Court with any jurisprudence or argument to suggest that Judge Shushan's August 6, 2001 order is clearly erroneous and contrary to law. On the contrary, the Magistrate Judge's order clearly recognizes that defendants' alleged counter-claims which they seek to file would highly prejudice the plaintiff and are more properly brought subsequent to a trial given their prematurity at this point.

The following facts are not in dispute:

1) Plaintiff, Dario Pineda, was injured while attempting to transfer, via personnel basket, from the deck of the M/V WHITE DOVE.

2) The recent deposition testimony of Murphy's crane operator, together with the accident report prepared by Murphy and the accident report prepared by plaintiff's employer, Dynamic Industries, Inc., clearly indicate that an accident did in fact occur; that plaintiff suffered an injury as a result of the said accident; and that he was required to be flown in to shore, in advance of the end of his regular hitch.

3) Plaintiff sought medical care immediately after the accident. It is also undisputed that for at least two (2) years following the accident, plaintiff was unable to work as a result of his injuries.

The only issue raised by defendants' argument is whether plaintiff was sufficiently recovered from his injuries approximately two (2) years after the accident, to obtain gainful employment. In any case, plaintiff has testified that he has been unable to obtain employment as a result of his injuries, through the present. Defendants have uncovered what they consider to be evidence of an impeachment character, which suggests that plaintiff worked at a company in Baton Rouge by the name of Basic Industries, Inc. approximately two (2) years after his accident. Plaintiff has indicated and has provided information to the defendants to indicate that both his green card and his driver's

license were lost and/or stolen in 1999 and he maintains that he has not obtained any employment since the date of the accident. Clearly, the issue raised by defendants is an issue for the trier of fact to decide in terms of plaintiff's employability at some point, at least two (2) years following the accident. However, in no way, shape or form, does the inclusion of this impeachment evidence raise to a level so as to constitute an abuse of process.

Finally, as pointed out by Magistrate Judge Shushan in her order and reasons, such a claim is premature until such time as there is a finding by a trier of fact that Mr. Pineda's claim is completely and totally without merit. Parenthetically, given the facts which are now established, even through the defendants' own documents and witnesses, that an accident did occur and that plaintiff was injured as a result thereof, there is little chance of that occurring.

WHEREFORE, plaintiff respectfully prays that the August 6, 2001 Order of Magistrate Judge Sally Shushan is not clearly erroneous and contrary to law and should therefore be adopted as the order of this Honorable Court.

Respectfully submitted,
**COLLINS-KLOTZ LAW FIRM**

_____
W. PATRICK KLOTZ (# 17877)
530 Natchez Street
Suite 250
New Orleans, Louisiana 70130
Telephone:   (504) 522-5678
Facsimile:    (504) 527-0092
ATTORNEY FOR PLAINTIFF,
  DARIO PINEDA

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and first-class postage prepaid, and/or by facsimile transmission, or hand-delivery, on this, the 23rd day of August, 2001.

_____
W. PATRICK KLOTZ