FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 23 PM 3:01

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARIO PINEDA** | CIVIL ACTION |
| VERSUS | NO. 00-0068 |
| MURPHY EXPLORATION AND PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | SECTION "J"  MAGISTRATE: 1 |

### MOTION TO CONTINUE HEARING

NOW INTO COURT, through undersigned counsel, comes plaintiff, Dario Pineda, and respectfully requests this Honorable Court to continue the hearing relative to defendants' Motion to Review Magistrate Judge's Order, which apparently is set on the docket of this Honorable Court

DATE OF ENTRY
AUG 2 9 2001

___ Fee
___ Process
X  Dktd
✓ CtRmDep
Doc.No. 66

for the 12th day of September, 2001, at 9:30 A.M., for reasons more fully set forth in the attached Memorandum in Support hereof.

Respectfully submitted,
**COLLINS-KLOTZ LAW FIRM**

_____
W. PATRICK KLOTZ (# 17877)
530 Natchez Street
Suite 250
New Orleans, Louisiana 70130
Telephone:   (504) 522-5678
Facsimile:    (504) 527-0092
ATTORNEY FOR PLAINTIFF,
DARIO PINEDA

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and first-class postage prepaid, and/or by facsimile transmission, or hand-delivery, on this, the 23RD day of August, 2001.

_____
W. PATRICK KLOTZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| VERSUS | NO. 00-0068 |
| MURPHY EXPLORATION AND PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | SECTION "J"  MAGISTRATE: 1 |

## MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE HEARING

MAY IT PLEASE THE COURT:

Defendants, B & J Martin, Inc. and Murphy Exploration and Production Company, have moved this Honorable Court for a review of Magistrate Shushan's Order relative to the above referenced matter. The Notice of Hearing sets a hearing on September 12, 2001 at 9:30 A.M. In the event that this Honorable Court grants oral argument in this matter, undersigned counsel respectfully requests that the oral argument be continued to a later date in light of a scheduling conflict.

Undersigned counsel is scheduled to attend a pre-trial conference in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, on September 12. 2001 at 10:00 A.M. In light of this scheduling conflict, undersigned counsel requests that if oral argument is granted, that it be conducted on a hearing date sometime after September 12, 2001. Undersigned counsel has contacted all counsel in this matter and there is no objection to the continuance.

> Respectfully submitted,
>
> **COLLINS-KLOTZ LAW FIRM**
>
> _____
> **W. PATRICK KLOTZ (# 17877)**
> 530 Natchez Street
> Suite 250
> New Orleans, Louisiana  70130
> Telephone:   (504) 522-5678
> Facsimile:    (504) 527-0092
> ATTORNEY FOR PLAINTIFF,
>   DARIO PINEDA

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and first-class postage prepaid, and/or by facsimile transmission, or hand-delivery, on this, the 23rd day of August, 2001.

_____
**W. PATRICK KLOTZ**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARIO PINEDA** | CIVIL ACTION |
| **VERSUS** | NO. 00-0068 |
| **MURPHY EXPLORATION AND PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY** | SECTION "J" <br><br> MAGISTRATE: 1 |

**O R D E R**

IT IS HEREBY ORDERED that the hearing on defendants' Motion to Review Magistrate Judge's Order, currently scheduled for Wednesday, September 12, 2001, at 9:30 A.M., is hereby rescheduled to the _____ day of _____, 2001, at 9:30 A.M.

[Handwritten: Deferred as moot — NO ORAL ARGUMENT REQUESTED]

New Orleans, Louisiana, this 27 day of August, 2001.

_____
UNITED STATES DISTRICT JUDGE