

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| v. | No. 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY ET AL | SECTION "J"(1) |

### MOTION TO SET FOR ORAL ARGUMENT

MAY IT PLEASE THE COURT:

Defendant, B&J Martin, Inc. previously filed a Motion to Review Magistrate's Order and Request for Oral Argument and Memorandum in Support. B&J Martin erroneously omitted a separate Request for Oral Argument and hereby requests oral argument on the instant Motion to Review Magistrate's Order. As set forth in the original Memorandum, B&J Martin believes that oral argument is necessary to clarify the issues presented in the Motion, the issues raised in Plaintiff's Reply Memorandum and to address the concerns raised as a result of the Magistrate's Order. B&J Martin hereby requests oral argument on the court's next available hearing day, or September 26, 2001 at 9:30 a.m.

DATE OF ENTRY
SEP - 6 2001

Fee
Process
X Dktd
CtRmDep
Doc.No. 67

N0717570.1

Respectfully submitted,

_____
JEFFERSON R. TILLERY #17831
L. ETIENNE BALART #24951
JONES, WALKER, WAECHTER, POITEVENT,
   CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue - 48th Flr
New Orleans, Louisiana 70170-5100
Tel: 504-582-8584
Attorneys for B&J Martin, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by hand, fax or by depositing same in the U.S. mail, postage prepaid and properly addressed this 30th day of August 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| v. | No. 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY ET AL | SECTION "J"(1) |

### ORDER

Considering the foregoing Motion for Oral Argument;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that B&J Martin's Motion to Review Magistrate's Order is hereby set for oral argument on Friday, September 28, 2001 at 10:30 a.m.

_____
UNITED STATES DISTRICT JUDGE

09/04/2001

N0717570.1