

MINUTE ENTRY
BARBIER, J.
SEPTEMBER 7, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DARIO PINEDA                                      CIVIL ACTION

VERSUS                                            NO: 00-0068

MURPHY EXPLORATION &                              SECTION: "J"(1)
PRODUCTION CO., ET AL

On September 4, 2001, this Court granted defendant B&J Martin's request for oral argument on its Motion to Review Magistrate's Order. However, due to a scheduling conflict, it set the motion for hearing on Friday, September 28, 2001 at 10:30 a.m., rather than the Court's regular hearing date, which was requested by movant. The Court's scheduling conflict having been resolved;

**IT IS ORDERED** that defendant's motion (Rec. Doc. 63) is **RE-SET** for hearing with **oral argument** on the Court's regular motion day, **Wednesday, September 26, 2001, at 9:30 a.m.**

* * * * * * * * * * * *

DATE OF ENTRY
SEP 0 7 2001