

MINUTE ENTRY
BARBIER, J.
SEPTEMBER 25, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| VERSUS | NO: 00-0068 |
| MURPHY EXPLORATION & PRODUCTION CO., ET AL | SECTION: "J"(1) |

Before the Court are two **Motions to Review the Magistrate Judge's Order** entered on August 6, 2001, filed by defendants B&J Martin, Inc. (Rec. Doc. 63) and Murphy Exploration and Production Company (Rec. Doc. 64).

Having reviewed the record, the memoranda of parties, and applicable law, the Court finds that Magistrate Shushan's order is not "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a). Accordingly;

**IT IS ORDERED** that the **Magistrate Judge's Order** entered on August 6, 2001 (Rec. Docs. 63 & 64) should be and is hereby **AFFIRMED** in all respects;

DATE OF ENTRY
SEP 2 6 2001

Fee____
Process____
X  Dktd____
✓ CtRmDep____
Doc.No.____

**IT IS FURTHER ORDERED** that **oral argument** on the motions, currently set for Wednesday, September 26, 2001 at 9:30 a.m. is **CANCELLED**. All parties have been so notified by telephone this date.

* * * * * * * * *