

MINUTE ENTRY
SHUSHAN, M.J.
SEPTEMBER 28, 2001

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| versus | NUMBER 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY, ET AL. | SECTION "J" (1) |

A settlement conference is scheduled in the above-captioned case on **Thursday, November 1, 2001 at 2:00 P.M.** before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

**On or before October 29, 2001**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced,** briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994.** All counsel are to have access to someone with full settlement authority.

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
OCT - 1 2001