

MINUTE ENTRY
SHUSHAN, M.J.
NOVEMBER 2, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| versus | NUMBER   00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY, ET AL. | SECTION   "J" (1) |

A settlement conference was held on November 1, 2001.

Present:

W. Patrick Klotz, for the plaintiff;
Henry LeBas, for Eagle Pacific Insurance Co.;
James Daigle and Thomas Porteous, for Murphy Exploration & Production Co.;
Etienne Balart, for B& J Martin, Inc.;
James Donohue, for Dynamic Industries, Inc.;

Settlement discussions are ongoing.

SALLY SHUSHAN
United States Magistrate Judge

DATE OF ENTRY
NOV 0 5 2001