

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARIO PINEDA** | CIVIL ACTION<br>NO. 00-0068 |
| **VERSUS** | SECTION J |
| **MURPHY EXPLORATION &<br>PRODUCTION COMPANY,<br>DYNAMIC INDUSTRIES, INC.,<br>M/V WHITE DOVE,<br>ABC INSURANCE COMPANY,<br>DEF INSURANCE COMPANY and<br>XYZ INSURANCE COMPANY** | MAG. 1 |

### FINAL LIST OF WITNESSES

**NOW COMES** Murphy Exploration & Production Company, defendant and cross-claimant, who submits its following Final List of Witnesses, which it may call to testify at the trial of this matter:

1. Dario Pineda — Plaintiff, under cross-examination (will call)

2. Karen Diaz, Mrs. Pineda, plaintiff's wife
   Address Unknown — (may call) concerning plaintiff's activities

3. Marianne Lopez
   500 Eisenhower
   Metairie, LA — (may call) concerning plaintiff's activities

4. Roberto Lopez
   500 Eisenhower
   Metairie, LA — (may call) concerning plaintiff's activities

1



5. Dario Pineda's Mother
500 Eisenhower
Metairie, LA
- (may call)
concerning plaintiff's activities

6. A representative of Dynamic Industries, Inc. to identify and testify about the Dynamic Industries Accident Report.
- (may call)

7. Captain Hoyt Plumley
707 Bellanger Street
Morgan City, LA 70380
- (may call)
concerning the facts and circumstances of the alleged accident

8. Captain Al Gaugenhour
334 Lumpkin Road
Carriere, MS 39426
- (may call)
concerning the facts and circumstances of the alleged accident

9. James Ford
3405 West Milan Avenue
Sheridan, CO 80110
- (may call)
concerning the facts and circumstances of the alleged accident

10. Jeffrey Young
107 Yoakum Avenue
DeQuincy, LA 70633
- (may call)
concerning the facts and circumstances of the alleged accident

11. Hector Pazos
Naval Architect and Marine Surveyor
Ocean-Oil International Corp.
724 Sunflower Drive
Palm Harbor, FL
- (will call)
concerning the unsuitability of the M/V WHITE DOVE for her intended use as an offshore utility boat

12. Dr. Kenneth Boudreaux
1424 Bordeaux Street
New Orleans, LA 70115
or Dan M. Cliffe, C.P.A., or
J. Stuart Wood, Ph.D.
- (will call) Expert Economist concerning plaintiff's past and future wage loss and loss of earning capacity, if any

13. Jimmie B. Martin, Sr.  
    18104 West Main Street  
    Galliano, LA   70354  
    — (may call) concerning the Master Service Agreement of July 31, 1992 and the navigation characteristics of the *M/V WHITE DOVE*

14. Tim Clay  
    Murphy Supervisor  
    — (may call)

15. Don Dixon  
    Murphy Exploration & Production Co.  
    P. O. Box 42  
    118 Warren Street  
    Ferriday, LA   71334  
    — (will call) Crane Operator concerning the facts and circumstances of the alleged accident of December 9, 1997

16. Deric Dubois, Sr.  
    Dynamic Industries  
    2401 Knightway Drive  
    Gretna, LA 70056  
    — (may call) concerning the facts and circumstances of the alleged accident of December 9, 1997

17. Chris Rogers  
    Dynamic Industries  
    422 New Haven Street  
    Raceland, LA   70394  
    — (may call) concerning the facts and circumstances of the alleged accident of December 9, 1997

18. Joe Fowler  
    Dynamic Industries  
    P. O. Box 813  
    Houghton, LA   70137  
    — (may call) concerning the facts and circumstances of the alleged accident of December 9, 1997

19. Raymond Sweat  
    Dynamic Industries  
    501 Zinnia Avenue  
    Metairie, LA   70001  
    — (may call) concerning the facts and circumstances of the alleged accident of December 9, 1997

20. Alan S. Silva  
    Dynamic Industries  
    2600 Trinbalier Drive  
    Marrero, LA   70072  
    — (may call) concerning the facts and circumstances of the alleged accident of December 9, 1997

| | | |
|---|---|---|
| 21. | Phillip Koury<br>Murphy Exploration &<br>Production Company<br>Alexandria, LA | - (may call) Instrument Technician concerning the preparation of Murphy's Accident Report |
| 22. | Archie Coulon<br>Murphy Exploration &<br>Production Company<br>P. O. Box 4149C<br>Privateer Blvd.<br>Barataria, LA   70036 | - (will call)<br>concerning the operations of Ship Shoal 224 |
| 23. | Dr. Robert Steiner<br>3525 Prytania Street<br>Suite 501<br>New Orleans, LA   70115 | - (will call)<br>concerning his treatment of plaintiff in 1994 and his IME of plaintiff in December 1999 |
| 24. | Dr. Charles Anastasio<br>Belle Chasse Medical Services<br>7772-A Highway 23<br>Belle Chasse, LA   70037 | - (will call)<br>concerning his treatment of plaintiff in December 1997 and his discharge of plaintiff to return to regular work in January 1998 |
| 25. | Dr. Raul R. Diaz<br>315 W. Genie Street<br>Chalmette, LA   70043 | - (may call)<br>concerning his treatment of plaintiff in 1998-1999 |
| 26. | Gary Lo Piccolo<br>Moreno Energy Services<br>3508 Curtis Lane<br>New Iberia, LA   70562-9406 | - (may call) Safety Manager |
| 27. | Bryan M. Soulie, P.T.<br>Kenner Orthopedic & Sports Therapy, Inc.<br>Fountain Square Center<br>3550 Williams Boulevard<br>Kenner, LA   70065 | - (may call)<br>concerning his evaluation of plaintiff in 1998-1999 |

28. Dr. William Armington
    Metairie Imaging
    Elmwood MRI, Ltd.
    3400 Division Street
    Metairie, LA   70002

    - (may call)
    concerning his testing of plaintiff in 1998-1999

29. William P. Heimel
    Murphy Exploration &
    Production Company
    South Robertson Street
    New Orleans, LA

    - (will call) Claims Manager concerning his letters to B&J Martin, Inc. and Dynamic Industries about the new Master Service Agreements dated July 31, 1992

30. Gail M. Martin
    B&J Martin, Inc.
    18104 West Main Street
    Galliano, LA   70354

    - (may call)
    concerning Mr. Heimel's letter dated October 19, 1992, the Master Service Agreement dated July 31, 1992 and records of the *M/V WHITE DOVE*

31. Dr. Steven L. Holmes
    Ascension Medical Clinic
    1004 West Highway 30
    Gonzales, LA   70737

    - (will call)
    concerning treatment of plaintiff in 1994

32. Custodian of Medical Records
    Back in Action Center
    Turo Rehabilitation Center
    3450 Chestnut Street
    New Orleans, LA 70115

    - (may call)
    concerning treatment of plaintiff in 1994

33. Dr. Cesar M. Roca
    Orthopedic Surgery
    133 Belle Terre Boulevard
    LaPlace, LA   70068

    - (may call)
    concerning treatment of plaintiff in 1994

34. Dr. A. Jay Binder
    Orthopedic Surgery
    133 Belle Terre Boulevard
    LaPlace, LA   70068

    - (may call)
    concerning treatment of plaintiff in 1994

35. Dr. Terence C. D'Souza            - (may call)
    St. Jude Medical Office             concerning treatment of plaintiff in
    Building                            1994
    200 West Esplanade Ave.,
    Suite 610
    Kenner, LA  70065

36. Dr. Michael A. Wilensky           - (may call)
    St. Jude Medical Office             concerning treatment of plaintiff in
    Building                            1994
    200 West Esplanade
    Suite 610
    Kenner, LA  70065

37. Dr. Thomas G. Puckett             - (may call)
    Puckett Laboratory                  concerning treatment of plaintiff in
    4200 Mamie                          1994
    Hattiesburg, MS  39402

38. Diagnostic Imaging Center         - (may call)
    3437 Prytania                       concerning treatment of plaintiff in
    New Orleans, LA 70115               1994

39. Custodian of Medical Records      - (may call)
    St. John Rehab Clinic               concerning treatment of plaintiff in
    504 Rue De Sante                    1994
    LaPlace, LA  70068

40. Custodian of Medical Records      - (may call)
    Medical Rehab Consultants,          concerning treatment of plaintiff in
    Inc.                                1994
    P. O. Box 55056
    Metairie, LA  70055

41. Louisiana Workers                 - (may call)
    Compensation Corporation            concerning treatment of plaintiff in
    Custodian of Records                1994
    2237 South Acadian Thruway
    Suite 102
    Baton Rouge, LA  70808

| | | | |
|---|---|---|---|
| 42. | Ken Soyez<br>Murphy Exploration &<br>Production Company<br>131 South Robertson Street<br>New Orleans, LA 70112 | - | (may call) Manager-Offshore Operations concerning the Time Charter of the *M/V WHITE DOVE* |
| 43. | F. Allen Johnston, M.D.<br>Orthopedic Surgery<br>2930 Canal Street, Suite 301<br>New Orleans, LA 70119 | - | (may call) concerning treatment of plaintiff |
| 44. | Kenneth E. Vogel, M.D.<br>Vogel and LeClercq<br>2912 Canal Street<br>New Orleans, LA 70119 | - | (may call) concerning treatment of plaintiff |
| 45. | Custodian of Medical Records<br>Mercy Hospital<br>301 N. Jefferson Davis Pkwy.<br>New Orleans, LA 70119 | - | (may call) concerning treatment of plaintiff |
| 46. | Dr. Joseph F. Guenther<br>2021 Canal Street<br>New Orleans, LA 70119 | - | (may call) concerning treatment of plaintiff |
| 47. | Daniel H. Johnson, Jr., M.D., F.A.C.R.<br>Clearview Medical Imaging<br>3100 Clearview Parkway<br>Metairie, LA 70006 | - | (may call) concerning treatment of plaintiff |
| 48. | Dr. Dan Fertel<br>Radiologist<br>Charity Hospital<br>1532 Tulane Avenue<br>New Orleans, LA | - | (may call) concerning treatment of plaintiff |
| 49. | Dr. Larry Weiss<br>1532 Tulane Avenue<br>New Orleans, LA | - | (may call) concerning treatment of plaintiff |

| | | | |
|---|---|---|---|
| 50. | Dr. Hubbell<br>1532 Tulane Avenue<br>New Orleans, LA | - | (may call)<br>concerning treatment of plaintiff |
| 51. | Dr. Daniel Valle<br>1532 Tulane Avenue<br>New Orleans, LA | - | (may call)<br>concerning treatment of plaintiff |
| 52. | A representative of the<br>Department of Justice and<br>Immigration & Naturalization<br>Service | - | (may call)<br>concerning plaintiff's multiple<br>deportations and felony charges for<br>illegal re-entry to the United States |

Respectfully submitted,

LEMLE & KELLEHER, L.L.P.

*[signature]*

JAMES H. DAIGLE, T.A. (#4455)
THOMAS A. PORTEOUS (#27039)
Pan-American Life Center
601 Poydras Street, 21st Floor
New Orleans, Louisiana 70130

ATTORNEYS FOR DEFENDANT/CROSS-
CLAIMANT, MURPHY EXPLORATION
& PRODUCTION COMPANY

## CERTIFICATE OF SERVICE

**I DO HEREBY** certify that I have served a copy of the foregoing pleading on all counsel of record in these proceedings by United States Mail, postage prepaid, on this the 9th day of November, 2001.

_____
JAMES H. DAIGLE