FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 NOV -8 PM 3:51
NOV - 8 2001
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION<br>NO. 00-0068 |
| VERSUS | |
| | SECTION J |
| MURPHY EXPLORATION &<br>PRODUCTION COMPANY, | MAG. 1 |
| DYNAMIC INDUSTRIES, INC., M/V<br>WHITE DOVE,<br>ABC INSURANCE COMPANY, DEF<br>INSURANCE COMPANY and<br>XYZ INSURANCE COMPANY | |

## FINAL LIST OF EXHIBITS

**NOW COMES** Murphy Exploration & Production Company, defendant and cross-claimant, who submits its following Final List of Exhibits, which it may use at the trial of this matter:

1. Plaintiff's employment records with Dynamic Industries, Inc. together with those of prior and subsequent employers.

2. Plaintiff's records with East Jefferson Vo-tech, on Airline Highway, Metairie, Louisiana, which he received training in building maintenance, as a diesel mechanic and as a welder.

3. Dynamic Industries, Inc. Accident Report dated January 19, 1998.

4. Photographs and video film of the *M/V WHITE DOVE*.

5. Boat logs of *M/V WHITE DOVE* for 12/9/97.

6. B&J Martin/*WHITE DOVE* Daily Master's log for 12/9/97.

7. Specifications of *M/V WHITE DOVE*.

____Fee____
____Process____
X  Dktd____
____CtRmDep____
Doc.No.____

8. B&J Martin Safety Meeting Report 7/6/97 – 12/27/97.

9. B&J Martin Safety Manual.

10. Murphy Exploration & Production Company Accident Report dated 12/9/97.

11. Murphy Exploration & Production Company Summary of Operations for Ship Shoal 224-A for 12/8/97 – 12/12/97.

12. Murphy Exploration & Production Company Progress Reports for Ship Shoal 224 from 11/24/97 – 12/31/97.

13. Record of plaintiff's LHWCA Claim and Settlement.

14. Employer's First Report of Injury or Occupational Illness, Form LS-202 dated 1/20/98 filed by Dynamic Industries, Inc.

15. Dario Pineda's Federal Tax Return.

16. Dario Pineda's Social Security earnings records.

17. Time Charter dated November 5, 1997.

18. Master Service Agreement of Murphy Exploration & Production Company and B&J Martin, Inc. dated July 31, 1992 executed by Gail M. Martin of B&J Martin, Inc.

19. Plaintiff's Answers to Interrogatories propounded by Murphy Exploration & Production Company showing all of plaintiff's employers from 1990-1997.

20. Certificate of Inspection from the United States Coast Guard regarding the *M/V WHITE DOVE* dated February 5, 1997.

21. Certificate of Documentation from the United States Coast Guard regarding the *M/V WHITE DOVE* dated February 3, 2000.

22. Personnel file of Thomas D. Goughehour from employer, B&J Martin, Inc.

23. Report of Marine Accident, Injury or Death from the United States Coast Guard regarding the *M/V WHITE DOVE,* date of accident 9/9/98.

24. Report of Marine Accident, Injury or Death from the United States Coast Guard regarding the *M/V WHITE DOVE* dated 1/7/99.

25. Articles of Incorporation of B&J Martin, Inc. dated November 10, 1967.

26. Amendments to Articles of Organization of Coast Trawlers, Inc. dated September 9, 1999.

27. Personnel file of Dario Pineda from employer, Basic Industries, Inc.

28. Daily Production Report from Murphy Exploration and Production Company regarding Ship Shoal 224A, dated 12/9/97.

29. Medical records of Dr. Steven L. Holmes in regards to his examination of Dario Pineda on November 18, 1999.

30. Master Service Agreement between Murphy Exploration & Production Company and Dynamic Industries, Inc. dated July 31, 1997.

31. Letter from W. Patrick Heimel dated October 19, 1992 to B&J Martin, Inc. regarding new Master Service Agreements dated July 31, 1992.

32. Any and all of plaintiff's medical records relating to the alleged accident in question and all prior and subsequent medicals, whether related to the alleged accident or not, including plaintiff's pre-employment physical with Basic Industries in late 1999.

33. Plaintiff's discovery deposition, and any and all medical records and documents relative to the matter entitled *Dario Pineda v. Transamerican Refining Corporation*, Civil Action No. 94-1509, Section "A", United States District Court for the Eastern District of Louisiana.

34. Any and all medical records and documents relative to the matter entitled *Dario Pineda v. Paul Sloan, et al*, Proceeding No. 93-5604, Division "M", in the Civil District Court for the Parish of Orleans, State of Louisiana.

35. Medical records of Dr. F. Allen Johnston in regards to his examination and treatment of Dario Pineda.

36. Medical records of Dr. Kenneth E. Vogel in regards to his examination and treatment of Dario Pineda.

37. Medical records of Dr. Joseph F. Guenther in regards to his examination and treatment of Dario Pineda.

38. Medical records of Dr. Daniel H. Johnson, Jr. in regards to his examination and treatment of Dario Pineda.

39. Any and all medical records of Mercy Hospital in regards to the treatment of Dario Pineda.

40. Any and all medical records of Medical Center of Louisiana in regards to the treatment of Dario Pineda.

41. Complaint for Damages in *Dario Pineda v. Transamerican Refining Corp.*, Civil Action No. 94-1509, Section "A", United States District Court for the Eastern District of Louisiana.

42. Petition for Damages in *Dario Pineda v. Paul Sloan, et al*, Civil Action No. 93-5604, Division "A", Civil District Court for the Parish of Orleans.

43. Plaintiff's criminal records from Jefferson Parish, Orleans Parish and/or the State of Louisiana, including records from Jefferson Parish Police Department, the Department of Corrections and from Angola State Penitentiary.

44. Plaintiff's records from the Department of Justice and Immigration & Naturalization Service.

45. Any exhibit listed or used by any other party.

                         Respectfully submitted,

                         LEMLE & KELLEHER, L.L.P.

                         _____
                         JAMES H. DAIGLE, T.A. (#4455)
                         THOMAS A. PORTEOUS (#27039)
                         Pan-American Life Center
                         601 Poydras Street, 21st Floor
                         New Orleans, Louisiana 70130
                         Telephone: (504) 586-1241
                         Facsimile: (504) 584-9142
                         ATTORNEYS FOR DEFENDANT/CROSS-CLAIMANT, MURPHY EXPLORATION & PRODUCTION COMPANY

## CERTIFICATE OF SERVICE

**I DO HEREBY** certify that I have served a copy of the foregoing pleading on all counsel of record in these proceedings by United States Mail, postage prepaid, on this the 8th day of November, 2001.

_____
JAMES H. DAIGLE