UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 NOV -9 PM 3: 13

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION NO. 00-0068 |
| VERSUS | 00-68 |
| MURPHY EXPLORATION & PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | SECTION "J" <br><br> MAGISTRATE 1 |

## DYNAMIC'S MAY CALL WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes **DYNAMIC INDUSTRIES, INC. ("Dynamic")**, who lists the following witnesses who may be called to testify in a trial of this matter:

1. Joe Tortomase, Dynamic Industries, Inc.
2. Pete Russo, Dynamic Industries, Inc.
3. Troy Collins, Dynamic Industries, Inc.
4. Deric Dubois, Dynamic Industries, Inc.
5. Chris Rogers, Dynamic Industries, Inc.
6. Joe Fowler, Dynamic Industries, Inc.
7. Allan Silva, Dynamic Industries, Inc.
8. Raymond Sweat, Dynamic Industries, Inc.
9. Randy Leggett, Dynamic Industries, Inc.
10. Tim Clay
11. Plaintiff, Dario Pineda;

Fee_____
Process_____
X  Dktd_____
   CtRmDep_____
   Doc.No._74_

12. Captain Thomas Gougenhour;

13. Captain Hoyt Plumley;

14. James Ford Jr.;

15. Jeffrey Young;

16. Phillip Koury

17. Representatives of Murphy Exploration & Production Co.;

18. Representatives of B&J Martin;

19. Representatives of Dynamic Industries, Inc.;

20. Any and all physicians who have ever treated plaintiff;

21. Representatives of plaintiff's employers;

22. Any and all experts retained by any party in this matter;

23. Any person determined through discovery to be present on the job site at time of alleged accident;

24. Impeachment and rebuttal witnesses;

25. Any person necessary to authenticate an exhibit at trial;

26. Any person listed or called by any other party;

27. Defendant specifically reserves its right to supplement this list.

RESPECTFULLY SUBMITTED:

CRAWFORD & LEWIS
Bank One - North Tower
450 Laurel Street, Suite 1600
Post Office Box 3656
Baton Rouge, LA 70821-3656
Telephone: (225) 343-5290

_____
JAMES C. DONOHUE (#18869)
MARTI OGDEN (#25201)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been mailed, postage prepaid, to all counsel of record this 9th day of November, 2001.

_____
MARTI OGDEN

G:\UNIC\1936.057\Pleadings\WitnessList.doc