Case 2:00-cv-00068-CJB   Document 76   Filed 11/09/2001   Page 1 of 3



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARIO PINEDA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0068** |
| **MURPHY EXPLORATION AND PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY** | **SECTION "J"** <br><br> **MAGISTRATE: 1** |

### PLAINTIFF'S WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes plaintiff, **DARIO PINEDA**, who hereby lists the following witnesses to be called to testify at the trial of this matter:

1. Plaintiff, Dario Pineda;

2. Captain Thomas Gougenhour;

3. Captain Hoyt Plumley;

4. James Ford, Jr;

5. Jeffrey Young;

6. Alan S. Silva;

7. Deric Dubois, Sr;

8. Chris Rogers;

9. Joe Fowler;

10. Raymond Sweat;

11. Phillip Koury;

12. Tim Clay;

13. Representatives of Murphy Exploration & Production Co;

14. Representatives of B & J Martin;

15. Representatives of Dynamic Industries, Inc;

16. A representative of Belle Chasse Medical Services;

17. Dr. Raul R. Dias;

18. A representative of Kenner Orthopaedic & Sports Therapy;

19. A representative of Metairie Imaging;

20. Dr. F. Allen Johnston

21. A representative of New Orleans Neurologic Assessment Center

22. Shael Wolfson, Thomas Dalton, or a representative of Forensic Economists;

23. Any and all experts retained by any party to this lawsuit;

24. Any person determined through discovery to be present on the job site at the time of the alleged accident;

25. Any and all impeachment and rebuttal witnesses;

26. Any person necessary to authenticate an exhibit at trial;

27.    Any person listed by any other party.

Respectfully submitted,

_____
**W. PATRICK KLOTZ (#17877)**
2609 Canal Street
Suite 400
New Orleans, Louisiana 70119
Telephone:    (504) 821-9900
Facsimile:    (504) 821-8080
Attorney for Plaintiff, Dario Pineda

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and first-class postage prepaid, or by facsimile or hand-delivery, this 9th day of November, 2001.

_____
**W. PATRICK KLOTZ**

3