

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 NOV -9 PM 5:04
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARIO PINEDA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0068** |
| **MURPHY EXPLORATION AND PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY** | **SECTION "J"** **MAGISTRATE: 1** |

### PLAINTIFF'S EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes plaintiff, **DARIO PINEDA**, who hereby lists the following exhibits which may be used in the trial of this matter:

1. Any and all contracts between any and all parties tot his lawsuit which were in effect at the time of the alleged accident;

2. Any and all relevant insurance policies of any and all parties to this lawsuit which were in effect at the time of the alleged accident;

3. Any and all logs maintained by any of the parties to this lawsuit;

4. Any and all relevant time tickets, invoices, work orders, etc., maintained by any and all parties to this lawsuit.

5. Any and all depositions, including all attachments;

6. Any and all safety documentation, including, but not limited to, manuals, instructions, safety meeting minutes, policies, procedures and videotapes;

7. Any and all relevant accident/incident and/or injury reports;

8. Personnel records of the plaintiff;

9. Income tax returns of plaintiff;

10. Plaintiff's education records;

11. Any and all relevant documents pertaining to investigation of the alleged accident;

12. Any and all relevant documents pertaining to the worker's compensation claims of plaintiff;

13. Any and all relevant charts, maps, drawings, sketches, diagrams, models or other graphic representations pertaining to the alleged accident;

14. Any and all photographs taken in connection with this matter;

15. Any and all medical records of each physician, therapist and/or health care provider who treated plaintiff at any point after the accident;

16. Any and all relevant hospital records reflecting hospitalization of plaintiff after the accident;

17. Any and all medical bills pertaining to the treatment of the plaintiff;

18. Any exhibit attached to, referred to, and/or discussed in any deposition;

19. Any and all pleadings and discovery pleadings, including responses;

20. Any and all impeachment and/or rebuttal evidence;

21. Any treaties, regulations, rules, standards and/or other data or information relied upon by any expert in this case;

22. Any and all exhibits or documents listed by any other party to this lawsuit.

Respectfully submitted,

W. PATRICK KLOTZ (#17877)
2609 Canal Street
Suite 400
New Orleans, Louisiana 70119
Telephone: (504) 821-9900
Facsimile: (504) 821-8080
Attorney for Plaintiff, Dario Pineda

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, properly addressed and first-class postage prepaid, or by facsimile or hand-delivery, this 9th day of November, 2001.

W. PATRICK KLOTZ