

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DARIO PINEDA                                        CIVIL ACTION

v.                                                  No. 00-0068

MURPHY EXPLORATION &                                SECTION "J"(1)
PRODUCTION COMPANY ET AL

### WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes B&J Martin, Inc., who lists the following witnesses who may be called to testify and exhibits which may be introduced at trial of this matter:

I.    **WITNESS LIST**:

A.    **Will Call** Witnesses:

1.    Captain Thomas Gougenhour, B&J Martin, Inc., **fact** witness

2.    Jimmie Martin, B&J Martin, Inc., fact witness

B.    **May Call** Witnesses:

3.    Karen Diaz, fact witness and impeach witness

N0691725.2



4.  Dario Pineda, fact witness, called under cross-examination

5.  Captain Hoyt Plumley, B&J Martin, Inc., fact witness

6.  Archie W. Coulon, Murphy Exploration & Production Co., fact witness

7.  Phillip Koury, Murphy Exploration & Production Co., fact witness

8.  Derek Dubois, Dynamic Industries, Inc., fact witness

9.  Allan Silva, Dynamic Industries, Inc., fact witness

10. Chris Rogers, Dynamic Industries, Inc., fact witness

11. Joe Fowler, Dynamic Industries, Inc., fact witness

12. Representative of Murphy Exploration & Production Co., fact witness

13. Representative of Basic Industries, Inc., fact witness

14. Representative of Illumelex Corporation, fact witness

15. Kenneth J. Boudreaux, expert economist

16. Dr. Robert Steiner, expert witness

17. Dr. Charles Anastasio, medical witness

18. Dr. Raul Diaz, medical witness

19. Dr. Allen Johnston, medical witness

20. Dr. William Armington, medical witness

21. Dr. Mortesa Chamsnia, medical witness

22. Representative of Eagle Pacific Insurance Company, fact witness

23. Representative of Dynamic Industries

24. Handwriting expert to be identified

25. Custodian of Records for each of Plaintiff's previous employers

26. Any person listed or called by any other party

27. Impeachment and rebuttal witnesses

28. Any and all experts retained by any party in this matter

29. B&J Martin reserves its right to supplement this list as discovery continues.

II. **EXHIBIT LIST**

1. Murphy Exploration & Production Company Accident/Illness Report dated 12/9/97

2. Murphy Exploration & Production Company Daily Log for 12/9/97

3. B&J Martin, Inc. Daily Master Logs 12/6/97 through 12/10/97

4. B&J Martin Crew Statement for work period 12/3/97 - 12/10/97

5. November 5, 1997 Time Charter of M/V WHITE DOVE between Murphy Exploration and B&J Martin

6. July 17, 1997 Time Charter of M/V WHITE DOVE between Murphy Exploration and B&J Martin

7. Murphy Exploration & Production Company Master Service Contract dated July 31, 1992

8. Social Security Administration Earnings Records of Dario Pineda

9. Murphy Expro Ship Shoal 224 Summary of Operations dated 12/8/97 - 12/12/97

10. Murphy Exploration & Production Company Voucher and Boat Logs

11. Murphy Exploration & Production Company Progress Report for 11/24/97 - 12/31/97

12. Photographs of M/V WHITE DOVE

13. B&J Martin, Inc. Safety Meeting reports for M/V WHITE DOVE

14. B&J Martin, Inc. Safety & Duty Manual

15. M/V WHITE DOVE Spec sheet

16. Medical records of Dr. Robert A. Steiner

17. Income tax returns of Dario A. Pineda

18. Eagle Pacific Insurance Worker's Compensation file

19. Any and all contracts between parties to this lawsuit in effect at the time of the alleged accident

20. Murphy Exploration & Production Safety Manual

21. Dynamic Industries personnel records of Dario A. Pineda

22. Basic Industries, Inc. personnel and wage earning records for Dario Pineda

23. Illumelex Corp. personnel and wage earning records

24. API Recommended Practice for Crane Operators (3rd Ed.)

25. Dynamic Industries, Inc. Accident Report dated December 9, 1997;

26. East Jefferson Vo-Tech School Records on Dario Pineda;

27. Any and all records of Pineda's LHWCA claim and settlement of same, including any pleadings filed on Pineda's behalf

28. Employer's First Report of Injury or Occupational Illness, Form LS-202, dated 1/20/98 and filed by Dynamic Industries, Inc.

29. Dario Pineda's Answers to Interrogatories propounded by Murphy Exploration & Production Co.

30. Personnel file of Murphy crane operator Don Dixon

31. Daily Production Report from Murphy Exploration & Production Company dated 12/9/97

32. Medical records of Dr. Stephen L. Holmes regarding his examination of Dario Pineda on November 18, 1999

33. Master Service Agreement between Murphy Exploration & Production Company and Dynamic Industries, Inc. dated July 31, 1997

34. Pineda's discovery deposition and any and all medical records, documents and pleadings relative to the matter entitled Dario Pineda versus Transamerican Refining Corporation, Civil Action No. 94-1509, Section "A", filed in the United States District Court for the Eastern District of Louisiana

35. Any and all medical records and documents relative to the matter entitled Dario Pineda versus Paul Sloane et al, Civil Action No. 93-5604, Division "M" filed in the Civil District Court for the Parish of Orleans, State of Louisiana

36. Medical records of Dr. F. Allen Johnston

37. Medical records of Dr. Kenneth E. Vogel

38. Medical records of Dr. Joseph F. Guenther

39. Medical records of Dr. Daniel H. Johnson

40. Any and all medical records of Mercy Hospital with respect to treatment afforded to Dario Pineda

41. Any and all medical records of Medical Center of Louisiana/Charity Hospital in regards to treatment of Dario Pineda

42. Medical records of Dr. Morteza Shamsnia

43. Records of Bryan T. Soulie, P.T.

44. Medical records of Metairie Imaging

45. Medical Records of Dr. Raul Diaz

46. Medical Records of River Parishes Hospital

47. Report of Dr. Kenneth Boudreaux dated June 22, 2001

48. Surveillance and/or impeachment evidence

49. Criminal records pertaining to Dario Pineda from Jefferson Parish, Orleans Parish and/or the State of Louisiana, including but not limited to records from the Jefferson Parish Sheriff's Department, Department of Corrections and Angola State Penitentiary

50. Any and all records from the Department of Justice and/or Immigration Naturalization Service;

51. Medical records of Memorial Medical Center

52. Medical records of Lady of Sea General Hospital

53. Medical records of Dr. Andres Pedroza

54. Medical records of Dr. Charles Anastasio and Belle Chasse Medical Services

55. Any exhibits listed and/or used by any other party.

_____
JEFFERSON R. TILLERY #17831
L. ETIENNE BALART #24951
JONES, WALKER, WAECHTER, POITEVENT,
  CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue - 48th Flr
New Orleans, Louisiana 70170-5100
Tel: 504-582-8584
Fax: 504-582-8010
Attorneys for B&J Martin, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by hand, fax or by depositing same in the U.S. mail, postage prepaid and properly addressed this 12th day of November 2001.

_____