

MINUTE ENTRY
SHUSHAN, M.J.
NOVEMBER 20, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| versus | NUMBER 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY, ET AL. | SECTION "J" (1) |

Following settlement discussions, the parties advised they are unable to negotiate a settlement of the case at this time. The parties are to contact this Magistrate Judge's chambers if they wish to reinstate settlement discussions.

_____
SALLY SHUSHAN
United States Magistrate Judge

DATE OF ENTRY
NOV 2 1 2001