UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 DEC 13 PM 1:53
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION NO. 00-0068 |
| | 00-68 |
| VERSUS | |
| MURPHY EXPLORATION & PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | SECTION "J" |
| | MAGISTRATE 1 |

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes **DYNAMIC INDUSTRIES, INC.** and James C. Donohue and Marti Ogden of the law firm of Crawford Lewis, P.L.L.C. who move this Honorable Court to permit Ross F. Lagarde, also of the law firm of Crawford Lewis, P.L.L.C., to be recognized as co-counsel of record for **DYNAMIC INDUSTRIES, INC.**

RESPECTFULLY SUBMITTED:

CRAWFORD LEWIS, P.L.L.C.
Bank One - North Tower
450 Laurel Street, Suite 1600
Post Office Box 3656
Baton Rouge, LA 70821-3656
Telephone: (225) 343-5290

_____
JAMES C. DONOHUE (#18869)
MARTI OGDEN (#25201)
ROSS LAGARDE (#27542)

DATE OF ENTRY
DEC 17 2001

Fee_____
Process_____
X Dktd_____
CtrmDep_____
Doc.No._____

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been forwarded by facsimile transmission and mailed, postage prepaid, to all counsel of record this 11th day of December, 2001.

_____
JAMES C. DONOHUE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION NO. 00-0068 |
| VERSUS | |
| MURPHY EXPLORATION & PRODUCTION COMPANY, DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | SECTION "J"<br><br>MAGISTRATE 1 |

# ORDER

Considering the foregoing Motion to Enroll as Co-Counsel of Record:

IT IS HEREBY ORDERED that ROSS F. LAGARDE, of the law firm of Crawford Lewis, P.L.L.C., be entered as co-counsel of record for DYNAMIC INDUSTRIES, INC.

New Orleans, Louisiana, this _14_ day of _December_, 2001.

_____
JUDGE, U.S.D.C. – EASTERN DISTRICT

G:\UNIC\1936 057\Pleadings\MoEnroll.doc