

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| v. | No. 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY ET AL | SECTION "J"(1) |

### AMENDED WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes B&J Martin, Inc., who amends its Witness List to add the following witnesses who may be called to testify at trial of this matter:

1. Richard Trisler
   Human Resources Manager
   Basic Industries Inc.
   15981 Airline Highway
   Baton Rouge, LA 70817

   To testify concerning Pineda's employment at Basic Industries.

2. William M. Black
   Special Agent
   Immigration Naturalization Services

   To testify concerning Pineda's status as an illegal alien.

N0768368.1

3.  Timothy York
    Special Agent
    Immigration Naturalization Services

To testify concerning Pineda's status as an illegal alien.

_____
JEFFERSON R. TILLERY #17831
L. ETIENNE BALART #24951
JONES, WALKER, WAECHTER, POITEVENT,
    CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue - 48th Flr
New Orleans, Louisiana 70170-5100
Tel: 504-582-8584
Fax: 504-582-8010
Attorneys for B&J Martin, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by hand, fax or by depositing same in the U. S. mail, postage prepaid and properly addressed this 2nd day of January 2002.

_____

N0768368.1                                  2