


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN -3 PM 2:56

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| VERSUS | NO. 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY ET AL | SECTION "J"(1) |

### MOTION AND INCORPORATED MEMORANDUM FOR EXPEDITED HEARING

**NOW INTO COURT**, through undersigned counsel comes plaintiff Dario Pineda and respectfully requests this Honorable Court schedule an expedited hearing of the attached Motion To Quash Deposition in light of the fact that the deposition is scheduled to take place tomorrow, January 4, 2002 at 9:30 a.m. in Baton Rouge, Louisiana.

This deposition was first noticed by counsel for B & J Martin at approximately 3:00 p.m. on New Year's Eve after the closure of undersigned counsel for plaintiff's offices. As such, the first available date for the undersigned to receive the notice was Wednesday, January 2, 2002. Due to the undersigned's unavailability, actual receipt of the notice was received this morning, January 3, 2002. Moreover, the discovery deadline for this matter has long since expired. As such, and in light of the fact that the deposition is scheduled for tomorrow morning, undersigned counsel requests that this Honorable Court schedule a hearing, telephonic or otherwise in which to hear the Motion To Quash this deposition which is set for tomorrow morning.

DATE OF ENTRY
JAN - 7 2002

Fee____
Process____
X/Dktd____
___CtRmDep____
Doc.No.____

**WHEREFORE**, plaintiff Dario Pineda respectfully requests this Honorable Court schedule an expedited hearing this afternoon relative to the attached Motion To Quash Deposition.

Respectfully submitted:

_____
W. PATRICK KLOTZ (17877)
2609 Canal Street, Fourth Floor
New Orleans, Louisiana 70119
Telephone: (504)821-9900
Fax: (504)821-8080

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been forwarded to all counsel to this proceeding by depositing same in the United States mail, postage prepaid and properly addressed, by hand delivery, or by facsimile transmission this 3rd day of January, 2002.

_____
W. PATRICK KLOTZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| VERSUS | NO. 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY ET AL | SECTION "J"(1) |

## O R D E R

Considering the above and foregoing;

**IT IS HEREBY ORDERED** that the deposition of Basic Industries, Inc., scheduled for Friday, January 4, 2002 be and is hereby quashed; in the alternative

**IT IS HEREBY ORDERED** that a hearing be conducted on the 3rd day of January, 2002 at _____ o'clock p.m. on plaintiff's Motion To Quash Deposition.

NEW ORLEANS, LOUISIANA THIS \_\_4\_\_ DAY OF JANUARY, 2002.

See minute Entry

Magistrate JUDGE - UNITED STATES DISTRICT COURT