U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JAN - 4 2002

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| VERSUS | NO. 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY ET AL | SECTION "J"(1) |

## MOTION TO QUASH DEPOSITION

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Dario Pineda and respectfully moves this Honorable Court to quash the deposition of Basic Industries, Inc., which counsel has noticed for the 4th day of January 2002 at 9:30 a.m. in Baton Rouge, Louisiana for reasons more fully set forth in the attached Memorandum In Support Of Motion To Quash.

**WHEREFORE**, plaintiff respectfully requests this Honorable Court to quash the deposition of Basic Industries, Inc., scheduled for tomorrow morning.

Respectfully submitted:

W. PATRICK KLOTZ (17877)
2609 Canal Street, Fourth Floor
New Orleans, Louisiana 70119
Telephone: (504)821-9900
Fax: (504)821-8080

Fee____
Process____
X/Dktd____
✓ CtRmDep____
Doc.No.____ 83

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing pleading has been forwarded to all counsel to this proceeding by depositing same in the United States mail, postage prepaid and properly addressed, by hand delivery, or by facsimile transmission this 3rd day of January, 2002.

                                                    W. PATRICK KLOTZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| VERSUS | NO. 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY ET AL | SECTION "J"(1) |

### MEMORANDUM IN SUPPORT OF MOTION TO QUASH

**MAY IT PLEASE THE COURT:**

The above-referenced matter is scheduled for trial on January 22, 2002. The discovery cut off for this case was set by this Honorable Court for December 12, 2001. Defendant B & J Martin is attempting to schedule a deposition of Basic Industries, Inc., on January 4, 2002, tomorrow morning at 9:30 a.m. in Baton Rouge, Louisiana. Undersigned counsel is unavailable for deposition tomorrow in light of a mediation which has long been scheduled for a case which is set to proceed to trial at the end of this month. Moreover, insofar as the deposition was never noticed to take place prior to December 12, 2001, the discovery cut off, plaintiff respectfully requests that the deposition be quashed.

Moreover, the notice of 30(b)(6) deposition of Basic Industries was first forwarded to the undersigned at approximately 3:00 p.m. on New Year's Eve. Undersigned counsel's offices were closed at Noon on New Year's Eve and due to undersigned counsel's availability immediately following New Years, the notice was first actually received by the undersigned this morning. Upon actual receipt of the Notice Of Deposition, undersigned counsel contacted counsel for B &

J Martin, both by facsimile and by telephone. Undersigned counsel advised counsel for B & J Martin of the opposition to the deposition and of undersigned counsel's unavailability on January 4, 2002. Counsel for B & J Martin advised that he would cancel or continue the deposition and would contact undersigned counsel shortly thereafter. However, as of 1:30 p.m. this afternoon counsel for B & J Martin has not contacted the undersigned. During the drafting of this motion, at 2:00 p.m. today counsel for B & J Martin advised that he would proceed with the deposition and that the undersigned should file a motion to quash. Undersigned counsel for plaintiff objects and requests that this Honorable Court quash the deposition which is beyond the discovery cut off and subject to improper notice at a time when undersigned counsel is not available.

**WHEREFORE**, plaintiff Dario Pineda respectfully requests that the deposition of Basic Industries, Inc., scheduled for tomorrow morning be quashed.

                      Respectfully submitted:

W. PATRICK KLOTZ (17877)
2609 Canal Street, Fourth Floor
New Orleans, Louisiana 70119
Telephone: (504)821-9900
Fax: (504)821-8080

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing pleading has been forwarded to all counsel to this proceeding by depositing same in the United States mail, postage prepaid and properly addressed, by hand delivery, or by facsimile transmission this 3rd day of January, 2002.

                                              W. PATRICK KLOTZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DARIO PINEDA                                CIVIL ACTION

v.                                          No. 00-0068

MURPHY EXPLORATION &                        SECTION "J"(1)
PRODUCTION COMPANY ET AL

### NOTICE OF 30(b)(6) DEPOSITION AND 30(b)(5) REQUEST FOR DOCUMENTS

TO: All Counsel of Record

NOW INTO COURT, through undersigned counsel, comes B&J Martin, Inc., who pursuant to Federal Rule of Civil Procedure 30(b)(6) and 30(b)(5) notices the following corporate deposition and return of documents to Basic Industries, Inc. on the 4th day of January 2002 at 9:30 a.m. at the offices of Keogh, Cox & Wilson, Ltd., 701 Main Street, Baton Rouge, Louisiana. You are invited to attend and participate as you deem necessary.

In connection with this deposition, Basic Industries, Inc. is requested to produce a witness with knowledge to testify concerning the following areas of inquiry:

N0767922.1



PLAINTIFF'S
EXHIBIT
A

1. The employment application filled out by Dario Pineda, Social Security No. 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, and attached as Exh. "A";

2. The employment and work history of Dario Pineda at Basic Industries, Inc.;

3. Any employment and work history file of Dario Pineda;

4. Any claims brought by Dario Pineda against Basic Industries, Inc.;

5. Any and all medical records, examinations, reports concerning Dario Pineda;

6. Any other matters which may arise during the course of this examination.

## 30(B)(5) REQUEST FOR DOCUMENTS

In connection with this deposition, Basic Industries is requested to return the following documents for copying and inspection at the time of the deposition pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure:

1. The employment file, including any application for employment of Dario Pineda kept by Basic Industries, Inc.;

2. A work history ledger, to present date, for Dario Pineda, including all amounts paid to Dario Pineda.

*[signature]*

JEFFERSON R. TILLERY #17831
L. ETIENNE BALART #24951
JONES, WALKER, WAECHTER, POITEVENT,
  CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue - 48th Flr
New Orleans, Louisiana 70170-5100
Tel: 504-582-8584
Fax: 504-582-8010
Attorneys for B&J Martin, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by hand, fax or by depositing same in the U.S. mail, postage prepaid and properly addressed this 31st day of December 2001.