

MINUTE ENTRY
SHUSHAN, M.J.
JANUARY 4, 2002

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| VERSUS | NO: 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY, et al | SECTION: "J"(1) |

### HEARING ON MOTIONS

APPEARANCES:   Submitted on briefs

MOTIONS:

PLAINTIFF'S MOTION FOR EXPEDITED HEARING OF MOTION TO QUASH DEPOSITION[1]

    **GRANTED**

PLAINTIFF'S MOTION TO QUASH DEPOSITION

    **DISMISSED AS MOOT**

---

[1] At the time of the preparation of this minute entry the Clerk had not yet assigned a document number to this motion.

DATE OF ENTRY
JAN - 7 2002

Before the undersigned is the motion of the plaintiff, Dario Pineda ("Pineda"), for expedited hearing of its motion to quash deposition. The motion for expedited hearing is granted.

The defendant, B & J Martin Inc. ("B & J Martin") noticed the deposition of a non-party witness, Basic Industries, Inc. ("Basic Industries") for January 4, 2002, in Baton Rouge. Pineda seeks an order quashing the notice of deposition. After the filing of the motion to quash counsel for Pineda, B & J Martin and the other defendant, Murphy Exploration & Production Company ("Murphy"), reported that the issue had been resolved and the parties and counsel for Basic Industries agreed to reschedule the deposition for January 14, 2002, at 1:30 p.m. in Baton Rouge.

IT IS ORDERED that Pineda's motion to for expedited hearing is GRANTED. IT IS FURTHER ORDERED that Pineda's motion to quash[2] is DISMISSED as MOOT and the deposition of Basic Industries is rescheduled for January 14, 2002, at 1:30 p.m. in Baton Rouge.

SALLY SHUSHAN
United States Magistrate Judge

---

[2] At the time of the preparation of this minute entry the Clerk had not yet assigned a document number to this motion.