FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN -3 PM 4: 03

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| v. | No. 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY ET AL | SECTION "J"(1) |

## MOTION TO ENFORCE SUBPOENA AND MOTION FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, comes B&J Martin, Inc. who moves for an Order to enforce a subpoena issued to Basic Industries, Inc. in connection with a Notice of 30(b)(6) Deposition and 30(b)(5) Return of Documents. For the reasons more fully set forth in the Memorandum in Support, B&J Martin prays that this Order be granted and the court will issue an Order compelling Basic Industries, Inc. to comply with the terms of the subpoena and Notice of 30(b)(6 and 30(b)(5) Deposition be issued. Further, B&J Martin, Inc. prays for an expedited hearing on this Motion in advance of the January 22, 2002 trial date.

DATE OF ENTRY
JAN  7 2002

N0767206.1

_[signature]_
_____
JEFFERSON R. TILLERY #17831
L. ETIENNE BALART #24951
JONES, WALKER, WAECHTER, POITEVENT,
   CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue - 48th Flr
New Orleans, Louisiana 70170-5100
Tel: 504-582-8584
Fax: 504-582-8010
Attorneys for B&J Martin, Inc.


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by hand, fax or by depositing same in the U. S. mail, postage prepaid and properly addressed this 2c day of January 2002.

_[signature]_
_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| v. | No. 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY ET AL | SECTION "J"(1) |

## ORDER

Considering the foregoing Motion for Expedited Hearing,

IT IS HEREBY ORDERED that this motion be heard on the ____ day of January 2002 at ____ a.m.

*See minute Entry dated January 7, 2002*

_____
UNITED STATES ~~DISTRICT JUDGE~~ Magistrate

N0767206.1