

MINUTE ENTRY
SHUSHAN, M.J.
JANUARY 7, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| VERSUS | NO: 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY, et al | SECTION: "J"(1) |

### HEARING ON MOTIONS

APPEARANCES:   Submitted on briefs

MOTIONS:   MOTION TO ENFORCE SUBPOENA AND MOTION FOR EXPEDITED HEARING[1]

**DISMISSED AS MOOT**

Before the undersigned are the motions of the defendant, B & J Martin Inc. ("B & J Martin") to enforce subpoena and for expedited hearing of same. B & J Martin seeks an order enforcing a

---

[1] At the time of the preparation of this minute entry the Clerk had not yet assigned document numbers to these motions.



subpoena issued for the deposition of a non-party witness, Basic Industries, Inc. ("Basic Industries") for January 4, 2002, in Baton Rouge. The issue raised by B & J Martin's motion to enforce subpoena was resolved by the agreement of the parties and counsel for Basic Industries is to re-schedule the deposition of Basic Industries for January 14, 2002, at 1:30 p.m. in Baton Rouge. See the undersigned's minute entry of January 4, 2002.

IT IS ORDERED that B & J Martin's motion to enforce subpoena and motion for expedited hearing are DISMISSED as MOOT.

SALLY SHUSHAN
United States Magistrate Judge