```
                                   FILED
                            U.S. DISTRICT COURT
                          EASTERN DISTRICT OF LA

                             2002 JAN 11  AM 11:02

                              LORETTA G. WHYTE
                                   CLERK
```

MINUTE ENTRY
BARBIER, J.
JANUARY 10, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DARIO PINEDA                                        CIVIL ACTION

VERSUS                                              NO: 00-68

MURPHY EXPLORATION AND
PRODUCTION CO., ET AL                               SECTION: "J"(1)

The Court held a pretrial conference this date with the following counsel in attendance: W. Patrick Klotz, representing plaintiff; James C. Donahue and Ross Lagarde, representing Dynamic Industries; Etienne Balart, representing B&J Martin; and Jim Daigle and Tommy Porteous representing Murphy Exploration. Henry LeBas, representing intervenor Eagle Pacific Insurance, participated by telephone.

At the conference, the Court **ORDERED** as follows:

(1) By <u>Wednesday, January 16, 2002 at 4:00 p.m.</u>, plaintiff's counsel is to prepare and submit to the Court the

DATE OF ENTRY
JAN 11 2002

**original and eleven copies**[*] of a single **Bench Book** which should contain:

    (a) An Index of <u>all</u> "un-objected to" exhibits listing and numbering all exhibits sequentially and without reference to the offering party;

    (b) All un-objected to exhibits are to be included in the single Bench Book (if feasible) with each exhibit each exhibit **tabbed, numbered, and paginated**. <u>Photographs of large exhibits and posters are to be included in the benchbooks. While oversized exhibits and posters may be used during trial, they will not be kept by the Courtroom Deputy</u>.

    (c) A second volume, containing the "objected to" exhibits shall also be filed. <u>Separate, but brief memoranda stating the reason for the objections and responding to the objections of other counsel must be</u>

---

[*] If counsel will be making arrangements for projecting exhibits to the jury on overhead, ELMO, etc., an original and three copies is sufficient.

>   <u>submitted to the court by the offering party
>   by Wednesday, January 16, 2002 at 4:00 p.m.</u>;
>
>   (d)  Any discovery that will be used as an Exhibit must be specifically identified; for example, the exact Interrogatory and the corresponding Answer.

(2)  By <u>4:00 p.m. on Wednesday, January 16, 2002</u>, the parties are to submit the entire transcript of <u>any</u> deposition (including video and audio depositions) which will be used in lieu of live testimony at Trial. If the parties do not seek to introduce the entire deposition, they should designate which portions they seek to introduce in a letter to the Court. All colloquy and objections (which can be resolved among the parties) are to be removed in the transcripts, video, and audio (if applicable). Any objections which cannot be worked out by the parties must be highlighted in the subject transcript and brief memoranda addressing "why the objections should be sustained or not" must also be submitted to the court by <u>4:00 p.m. on Wednesday, January 16, 2002</u>. After the court rules on the objections, the parties are to have the video and audio depositions (if any) edited accordingly so that any references to "objections" are deleted, and there is no dead space in either the video or audio presentation to the jury.

(3) By <u>4:00 p.m. on Wednesday, January 16, 2002</u>, the parties are to submit their proposed Jury Charges (which are unique to this case) and Special Interrogatories to the Jury (verdict form), in hardcopies and on disk saved in WordPerfect 8.0 format or a prior release.

(4) By <u>4:00 p.m. on Wednesday, January 16, 2002</u>, the parties are to submit any motions in limine.

(5) By <u>4:00 p.m. on Wednesday, January 16, 2002</u>, the parties are to submit any trial memoranda, which are strictly optional.

(6) By <u>noon on Tuesday, January 15, 2002</u>, the parties are to exchange "will call" witness lists so that arrangements may be made for their presence at trial.

(7) At the commencement of trial, counsel will provide the court with three copies of the final witness list.

(8) The Courtroom Deputy is to be notified three working days prior to trial of any equipment that will be needed by counsel during trial, or if more than two tables will be needed to seat counsel.

(9) Trial by jury will commence at <u>8:30 a.m. on Tuesday, January 22, 2002</u>. The contractual/indemnity issues will be tried to the bench separately on a date to be determined.

* * * * * * * * *

4