

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PINEDA | CIVIL ACTION |
| VERSUS | NO: 00-68 |
| MURPHY EXPLORATION & PROD., ET AL | SECTION: "J" |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, within sixty days, to seek summary judgment enforcing the compromise if it is not consummated by that time.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 16th day of January, 2002

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY: JAN 1 7 2002

___Fee_____
___Process____
X_Dktd_____
X_CtRm Dep___
___Document No.___