


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DARIO PINEDA** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO: 00-0068** |
| | * | |
| **Murphy Exploration &** | * | **Section: J** |
| **Production Company** | * | **Magistrate: 1** |

*************************************************

## MOTION TO ENFORCE SETTLEMENT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Dario Pineda, and respectfully requests this Honorable Court to compel Defendants, Murphy Exploration & Production Company, and B&J Martin, Inc., to provide settlement funds for the settlement of the above entitled and numbered matter for reasons more fully set forth in the attached Memorandum In Support of Motion To Enforce Settlement.

Respectfully submitted,
**KLOTZ & EARLY**

_____
W. Patrick Klotz, Bar# 17877
2609 Canal Street, Fourth Floor
New Orleans, Louisiana 70119
Telephone: (504) 821-9900
Facsimile:  (504) 821-8080
Attorney for Plaintiff, Dario Pineda

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was forwarded to all counsel of record and/or parties in proper person via the United States Mail, postage prepaid, facsimile or hand-delivery, this __12th__ day of May, 2003.

**W. Patrick Klotz**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DARIO PINEDA** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO: 00-0068** |
| | * | |
| **Murphy Exploration &** | * | **Section: J** |
| **Production Company** | * | **Magistrate: 1** |

**************************************************************

# NOTICE OF HEARING

PLEASE TAKE NOTICE that plaintiff, Dario Pineda, will bring on for hearing his Motion to Enforce Settlement before the Honorable Sally Shushan, United States Magistrate Court, Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana, on Wednesday, June 11, 2003, at 9:30 ~~9:00~~ a.m., or as soon thereafter as counsel may be heard.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DARIO PINEDA** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO: 00-0068** |
| | * | |
| **Murphy Exploration &** | * | **Section: J** |
| **Production Company** | * | **Magistrate: 1** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT

**MAY IT PLEASE THE COURT:**

The above-captioned matter was settled approximately six (6) months ago, at which time there were questions regarding the whereabouts of Plaintiff, Dario Pineda. The matter was settled for a total of $10,000. At the time of the settlement, Plaintiff, Dario Pineda, could not be located and the parties agreed that, in the event that Mr. Pineda could not be located after some period of time, arrangements would be made to provide the settlement funds to undersigned counsel for deposit into a trust account in order to pay costs associated with the litigation. Also to be paid out of the settlement is approximately $3,000 to the Intervenor, who had paid workers' compensation benefits to Plaintiff, Dario Pineda.

More than six (6) months have lapsed and the undersigned has unable to contact Plaintiff, Dario Pineda or any known relatives. Parenthetically,

Defendant had raised an issue about Mr. Pineda's potential status as an illegal alien in this country. It is believed that that Mr. Pineda is no longer in the United States and may very well be unable to re-enter this country at any time in the near future. At the time of the settlement, these concerns were expressed to the Court and, among counsel, it was agreed that in the event that some time transpired without being able to locate Mr. Pineda this matter would be re-opened for purposes of compelling payment of settlement funds.

Undersigned counsel for Plaintiff, Dario Pineda, accordingly requests that this matter be re-opened for purposes of administratively providing for the transfer of settlement funds.

Respectfully submitted,
**KLOTZ & EARLY**

_____
**W. Patrick Klotz, Bar# 17877**
2609 Canal Street, Fourth Floor
New Orleans, Louisiana 70119
Telephone: (504) 821-9900
Facsimile: (504) 821-8080
Attorney for Plaintiff, Dario Pineda

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was forwarded to all counsel of record and/or parties in proper person via the United States Mail, postage prepaid, facsimile or hand-delivery, this __12th__ day of May, 2003.

                                                              **W. Patrick Klotz**