



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 MAY 27 PM 2:44

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARIO PINEDA | CIVIL ACTION |
| VERSUS | NO. 00-0068 |
| MURPHY EXPLORATION & PRODUCTION COMPANY, | SECTION J |
| DYNAMIC INDUSTRIES, INC., M/V WHITE DOVE, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY and XYZ INSURANCE COMPANY | MAG. 1 |

### MEMORANDUM OF MURPHY EXPLORATION & PRODUCTION COMPANY IN OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT

**MAY IT PLEASE THE COURT:**

First, defendant questions this Court's jurisdiction to entertain this motion in view of the Order of Dismissal previously entered. Second, defendant opposes plaintiff's Motion. Plaintiff's counsel, in essence, wants defendants to deliver to him the settlement funds without defendants having received Receipts, Releases



1

and Indemnification Agreements properly executed by plaintiff, Dario Pineda, and dated, witnessed and notarized. Without such closing documents defendants will not be protected should Mr. Pineda reappear and request his day in Court on the basis the case was settled without his knowledge or written approval.

                    Respectfully submitted,

                    LEMLE & KELLEHER, L.L.P.

                    _____
                    JAMES H. DAIGLE, T.A. (#4455)
                    BRADLEY J. SCHLOTTERER (#24211)
                    THOMAS A. PORTEOUS (#27039)
                    Pan-American Life Center
                    601 Poydras Street, 21st Floor
                    New Orleans, Louisiana 70130
                    Telephone: (504) 586-1241
                    Facsimile:

                    **ATTORNEYS FOR DEFENDANT,**
                    **MURPHY EXPLORATION & PRODUCTION CO.**

## CERTIFICATE OF SERVICE

**I DO HEREBY** certify that a copy of the above and foregoing pleading has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, by facsimile or by hand delivery, on this the 27 day of May, 2003.

_____
JAMES H. DAIGLE

445244_1