U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 MAY 30  PM 3: 49

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

DARIO PINEDA                                          CIVIL ACTION

v.                                                          No. 00-0068

MURPHY EXPLORATION &                          SECTION "J"(1)
PRODUCTION COMPANY ET AL

### <u>MEMORANDUM IN OPPOSITION TO PLAINTIFF'S<br>MOTION TO ENFORCE SETTLEMENT</u>

MAY IT PLEASE THE COURT:

Defendant, B&J Martin, Inc., submits the following Memorandum in opposition to the

Motion to Enforce Settlement brought, purportedly, on behalf of Plaintiff, Dario Pineda.

### Law and Argument

On January 16, 2002, more than sixteen months ago, this Court entered an Order of Dismissal

providing that "this action is hereby dismissed without cause, but without prejudice to the right upon

good cause shown, within sixty days, to seek summary judgment enforcing the compromise if it is

not consummated by that time." This conditional order of dismissal provided for a retention of a

jurisdiction in federal court of sixty days. As no such action was taken within sixty days, the Order

N0983511.1

of Dismissal became final and federal court jurisdiction does not exist. *See, e.g., Schultz v. Keene Corp.*, 1992 WL 51707 (N.D.Ill. March 2, 1992).

As an additional reason for denying Plaintiff's Motion to Enforce Settlement, B&J Martin adopts the Memorandum filed by Defendant Murphy Exploration & Production Company. In his Memorandum, Plaintiff suggests that Defendants deliver settlement funds to him without having received signed receipt and releases and indemnification agreements. Without having such documents signed, there is no for B&J Martin to ensure itself that it has settled with Plaintiff and that Plaintiff will not pursue B&J Martin in the future. B&J Martin cannot simply forward funds to Pineda's counsel to hold in trust without having Mr. Pineda sign the settlement documents.

Respectfully submitted,

JEFFERSON R. TILLERY #17831
L. ETIENNE BALART #24951
JONES, WALKER, WAECHTER, POITEVENT,
  CARRÈRE & DENÈGRE, LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170
Tel: 504.582.8584 Fax: 504.582.8010
Attorneys for B&J Martin, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by hand, fax or by depositing same in the U. S. mail, postage prepaid and properly addressed this 30 day of Mew 2003.